UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>FRANCISCO ROSARIO-GALARZA, LYDIA RODRIGUEZ-BAEZ, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.      Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.      Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of four (4) promissory notes that affect the property described further below.

3.      The first promissory note is for the amount of $2,000.00, with annual interest of 4.50%, subscribed on April 19, 1990. **See Exhibit 1.**

4.      For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 40.  **See Exhibit 2.** Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 43. See Exhibit **3.**

5.      The second promissory note is for the amount of $20,000.00, with annual interest of 5.0%, subscribed on February 27, 1992. **See Exhibit 4.**

6.      For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 12.  **See Exhibit 5**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage twice, the most recent of which was through Deed No. 43. See Exhibit **3**.

7.      The third promissory note is for the amount of $20,000.00, with annual interest of 3.75%, subscribed on November 28, 1994. **See Exhibit 6.**

8.      For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 180.  **See Exhibit 7**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 43. **See Exhibit 3.**

9.      The fourth promissory note is for the amount of $25,000.00, with annual interest of 5.0%, subscribed on August 16, 1996. **See Exhibit 8.**

10.     For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 88.  **See Exhibit 9**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 43. **See Exhibit 3**.

11.     According to the Property Registry, defendants are the owners of record of the real estate property subject this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Granja marcada con el numero ciento sesenta y cuatro del plano levantado por el Departamento del Interior radicada en el barrio San Salvador del término municipal de Caguas, compuesta de veintisiete cuerdas con ochenta y cuatro

centésimas de otra equivalente a diez hectáreas noventa y cuatro áreas y ocho centiáreas; colindando al NORTE, con Jose del Carmen Reyes; por el SUR, con la parcela número ciento sesenta y tres; al ESTE, con cuchilla divisoria barrio Espino San Lorenzo y Caguas; y al OESTE, con Francisco Figueroa.

Property 5,953 recorded at page 241 of volume 196 of Caguas, Property Registry of Caguas, Puerto Rico, Section I. See Title Search attached as **Exhibit 3.**

12. The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. **See Exhibit 3.**

13. Defendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

14. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

15. The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as **Exhibit 11**, the following amounts:

    a) On the $2,000.00, Note:

        1) The sum of $1,102.90, of principal;

        2) The sum of $972.08, of interest accrued as of September 10, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.1133;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court

costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the first $20,000.00, Note (Loan 44-08):

   1) The sum of $18,654.99, of principal;

   2) The sum of $21,688.34, of interest accrued as of September 10, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.555;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the second $20,000.00, Note (Loan 43-09):

   1) The sum of $18,963.97, of principal;

   2) The sum of $16,711.28, of interest accrued as of September 10, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.9484;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

d) On the $25,000.00, Note:

   1) The sum of $25,712.33, of principal;

   2) The sum of $30,211.15, of interest accrued as of September 10, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $3.5222;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

16.     The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the property described in this complaint.

17.     Defendants are not currently active in the military service for the United States. **See Exhibit 12.**

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1)  My name and personal circumstances are stated above;

2)  I subscribed this complaint as the legal and authorized representative of the plaintiff;

3)  Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4)  Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligations subject of this foreclosure, or bought the property subject to said mortgages

5)  From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6)  I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7)  I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property

Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 2nd day of November, 2020.

JACQUELINE LAZU LABOY

## PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)      That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)      Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)      That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)      That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 9 of this prayer, said defendants be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the property of said defendants;

e)      That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)      That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)      For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 2    day of   November           ,2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com


1521.249


7

Exhibit 1

Formulario FmHA 1940-17(S)
(Rev. 12-88)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| | |
|---|---|
| Nombre FRANCISCO ROSARIO GALARZA | |
| Estado PUERTO RICO | Oficina CAGUAS |
| Caso Num. 63-05-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 | Fecha 19 abril 1990 |
| Clave de Fondos 43 | Num. de Prestamo 01 |

**CLASE DE PRESTAMO**

Tipo: __EM__   ☒ Regular
☐ Recursos Limitados

De acuerdo a:

☐ Consolidated Farm and Rural Development Act
☒ Emergency Agricultural Credit Adjustment
   Act of 1978

**ACCION QUE REQUIERE PAGARE**

☒ Préstamo Inicial            ☐ Restructuración
☐ Préstamo Subsiguiente       ☐ Reamortización
☐ Consolidación y Préstamo    ☐ Consolidación
   Subsiguiente               ☐ Reducción de Deuda
☐ Venta a Crédito
☐ Pagos Diferidos
☐ Servidumbre de Conservación

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidaria-
mente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de
Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en _____ CAGUAS, PUERTO RICO _____

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ DOS MIL---- 

_____ dólares($ 2,000.00 ) más intereses sobre el principal adeudado al CUATRO

Y MEDIO PORCIENTO (4.5%) anual y ____---_____ _____ dólares ($ --_____ )
de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasi-
llado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los regla-
mentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por
correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no
deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares
de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en __11__ plazos, según indicado abajo, excepto si es modificado por un
tipo de interés diferente en o antes de las siguientes fechas:

$ __64.00__ en __enero 1__ de 19 91     $ _____ en _____ de 19 ___

$ __253.00__ en __enero 1__ de 19 92    $ _____ en _____ de 19 ___

$ _____ en _____ de 19 ___            $ _____ en _____ de 19 ___

$ _____ en _____ de 19 ___            $ _____ en _____ de 19 ___

$ _____ en _____ de 19 ___            $ _____ en _____ de ___

$ _____ en _____ de 19 ___            $ _____ en _____ de ___

y $253.00 _____, subsiguientemente cada año hasta que el principal e intereses sean completamente pagados
excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero
__diez años__ de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee
más abajo. La consideración aquí envuelta respaldara cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al
Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será
dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán
intereses por la cantidad del cada adelanto desde su fecha de origen, como se demuestra en el Registro de
Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y
fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90)
días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses
a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados
durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al
principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará interés al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Reducción de Deuda", "Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(a) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | |
| | $ | % | , 19 | | |
| | $ | % | , 19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_Francisco Rosario Galarza_ (Prestatario)

FRANCISCO ROSARIO GALARZA

(SELLO)

_Lydia Rodriguez Baez_ (Prestatario)

LYDIA RODRIGUEZ BAEZ

(SELLO)

HC-04 Box 49805

(Dirección del Prestatario)

Caguas, P.R.  00625-9648

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ | |

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
                                                                      (Rev. 12-88)

Anexo "A"

El importe de este y la hipoteca que lo garantiza reamortizado al doce (12) de marzo de mil novecientos noventa y siete (1997) dió un saldo deudor montante a MIL CIENTO DOS DOLARES ($1,102.00) la cual devengará intereses al TRES Y TRES CUARTO PORCIENTO (3.75%) anual y la cual habrá de ser pagada en la siguiente forma:

CIENTO CINCUENTA Y CINCO DOLARES ($155.00) en o antes del primero de enero del año dos mil tres (2,003) y subsiguientemente el primero de enero de cada año hasta el pago total de la deuda el cual se hará en o antes de su vencimiento a quince (15) años desde la fecha de reamortización; según resulta de la escritura número cuarenta y tres (43) del día doce (12) de marzo de mil novecientos noventa y siete (1997) otorgada en Caguas, Puerto Rico ante el notario Moisés Muñiz Hernández.

DOY FE.

En Caguas, Puerto Rico a doce (12) de marzo de mil novecientos noventa y siete (1997).



MOISES MUÑIZ HERNANDEZ

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico, in my official capacity as the Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby does are under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIA
State Executive Director

EM 43-01

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 12-88)

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

</div>

| | | KIND OF LOAN |
|---|---|---|
| Name:<br>FRANCISCO ROSARIO GALARZA | | Type:  EM |
| State:  PUERTO RICO<br>Case no. 63-05-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<br>Fund Code:<br><div align="center">43</div> | Office: CAGUAS<br>Date: April 19, 1990<br>Loan no.<br><div align="center">01</div> | ☒ Regular<br>☐ Limited Resource<br>Pursuant to:<br>☐ Consolidated Farm & Rural Development Act<br>☒ Emergency Agricultural  Credit Adjustment Act of 1978 |

ACTION REQUIRING NOTE

☒ Initial loan  ☐ Rescheduling
☐ Subsequent loan  ☐ Re-amortization
☐ Consolidated & subsequent loan  ☐ Credit sale
☐ Consolidation  ☐ Deferred payments

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in,  CAGUAS, PUERTO RICO or at such other place as the Government may later designate in writing, the principal sum of  TWO THOUSAND DOLLARS ($ 2,000.00), plus interest on the unpaid principal balance at the RATE  of FOUR AND A HALF PERCENT ( 4.50 %) per annum and _____ ($_____) of  no capitalized interest.  If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may

CHANGE THE RATE OF INTEREST, in accordance with regulations of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.  The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in <u>11</u> installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

$ _____64.00_____ on _January 1, 1991_ $ _____on____

_____253.00_____ _January 1, 1991_ _____

_____ _____ _____

And $<u>253.00</u> thereafter on of each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid shall, be due and payable <u>Ten</u> years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.   Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.   Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note.   Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.  If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.

While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any

prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If  "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Re-amortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or re-amortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT: Borrower recognizes that the loan described in this note will be default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or the conversion of wetlands to produce an agricultural commodity as

further explained in 7 CFR Part 1940, Subpart G, Exhibit M.  If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995 and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements.  Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default hereunder.  UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured

by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentation, protest, and notice are hereby waived.

(SEAL)

(Sgd.) Francisco Rosario Galarza
(BORROWER)

Lydia Rodríguez Baéz
(Co- BORROWER)

HC-04 Box 49805

Caguas, P.R. 00625-9648

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL $ | | | | | |

ENCLOSURE "A"

The amount of this and the mortgage guaranteeing it re-amortized as of March 12, 1997 came up with an outstanding balance of $1,102.00 which shall earn interest at 3.75% and which shall be paid in the following manner:

ONE HUNDRED FIFTY-FIVE DOLLARS ($155.00) on or before the first of January of the year 2003 and subsequently, on each January 1 of each year until the total payment which shall be due fifteen (15) years from the re-amortization date; as it results from deed number 43 dated March 12, 1997, subscribed in Caguas, Puerto Rico, before Notary Public Moisés Muñiz Hernández.

I SO ATTEST.

In Caguas, Puerto Rico, today March 12, 1997.

(NOTARY PUBLIC SEAL)

(sgd.) MOISÉS MUÑÍZ HERNÁNDEZ



Forma FmHA 427-1(S) PR
(Rev. 10-82)

————NUMERO———— CUARENTA————
**NUMBER**

————HIPOTECA VOLUNTARIA————
**VOLUNTARY MORTGAGE**

En
**In**    la ciudad de Caguas, Puerto Rico a los diecinueve (19) días

de abril de mil novecientos noventa (1990).————————

————————————ANTE MI————————
**BEFORE ME**

————————MOISES MUÑIZ HERNANDEZ————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
**Attorney and Notary Public for the Island of Puerto Rico, with residence in**    CAGUAS

PUERTO RICO ———— y oficina en   CAGUAS————————    Puerto Rico.
**and office in**

————————————COMPARECEN————————
**APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
**The persons named in paragraph TWELFTH of this mortgage————**

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
**hereinafter called the "mortgagor" and whose personal circumstances————**

aparecen de dicho párrafo.——————————————————————
**appear from said paragraph.————**

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
**I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their——**

de su edad, estado civil, profesión y vecindad.——————————————
**statements which I believe to be true of their age, civil status, profession and residence.————**

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
**They assure me that they are in full enjoyment of their civil rights, and the free administration**

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
**of their property, and they have, in my judgment, the necessary legal capacity to grant this——**

miento.————————————————————————————
**voluntary mortgage.————**

————————————EXPONEN————————
**WITNESSETH:**

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
**FIRST: That the mortgagor is the owner of the farm or farms described in————**

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
**paragraph ELEVENTH of this mortgage, and of all rights and interest in the same————**

denominada de aquí en adelante "los bienes".————————————
**hereinafter referred to as "the property".————**

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
**SECOND: That the property mortgaged herein is subject to the liens————**

se especifican en el párrafo UNDECIMO.————————————————
**specified in paragraph ELEVENTH herein.————**

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
**THIRD: That the mortgagor has become obligated to the United States————**

América, actuando por conducto de la Administración de Hogares de Agriculto-
**of America, acting through the Farmers Home Administration,————**

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
**hereinafter called the "mortgagee" in connection with————**



Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número 575-642
_____ P.R. a _____ de mayo 70

_Gloriana Ruiz_

un préstamo o préstamos evidenciado por uno o más pagarés o conven... de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————————————

hayan estimado sobre la propiedad hipotecada.————————————————
estimated against the property.————————————————————————

CUARTO: Se sobreentiende que:————————————————————————
FOURTH: It is understood that:————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the———————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention———————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of———————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.———————————

das.—————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.——————————————————————————————
will be the insured lender.————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the—————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.—————————————————————————————
and interest.————————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————————
ments on the note, to be designated the "annual charge".————————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder—————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————————————

-2-

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quier otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.——

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgage should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

F.K.G.

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

L.F.B.

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————
by the mortgagor.——

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
NINTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the-----------

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor-----------

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor-----------

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on-----------

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,-----------

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,-----------

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and-----------

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or-----------

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,-----------

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to-----------

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor-----------

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or-----------

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest-----------

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until-----------

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and-----------

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.-----------

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the-----------

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and-----------

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account-----------

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and-----------

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of-----------

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional-----------

adicional especificada en el párrafo NOVENO de este documento.-----------
amounts as specified in paragraph NINTH hereof.-----------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:-----------
SIXTH: That the mortgagor specifically agrees as follows:-----------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness-----------



orma FmHA 427-1(S) PR
Rev. 10-82)

aquí ga...ntizada e i...nizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by——————————————

reglamentos de la Administración de Hogares de Agricultores.——————————————
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————————
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del       CUATRO Y MEDIO
subparagraph shall bear interest at the rate of

                        por ciento (        o/o)——————————
——————————————————       per cent  ( —4.50 o/o)——————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————————

- 5 -

F.K.G.

L.R.B.



el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate—————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance—————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgagee.————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance—————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the—————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any—————————————

otra deuda del deudor hipotecario aquí garantizada, en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————
determines.——————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.——————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.———————————————————————
under the terms of this mortgage.—————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required———

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.—————————————————————————
approved by mortgagee.————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all-————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor ————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

F.R.G.
L.R.G.



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.——————————————————————
for advances, expenditures and other payments.—————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect—————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,——————————

en el orden y manera que el acreedor hipotecario determinare.——————————
in what ever order and manner mortgagee may determine.————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production—————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an ————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——————

I.R.G.
L.R.B.





- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and—————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.—————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————



hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————



gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement, (two)—————

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any——————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the———————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by——————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————————————

dichos bienes.—————————————————————————————————————————
said property.——————————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————————
in or to the lien or any benefits herein contained.——————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.——————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————————

especifica más adelante.————————————————————————————————————
hereinafter.——————————————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario,
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————————





F.R.G.

L.R.B.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el ~porte de ~uier sentencia obtenido ~or expropiación forzosa para uso
the amount of any j~. ~ent obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment—————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so——————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this——————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.—————
mortgage, and if any amount then remains, will pay such amount to mortgagor.———————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount———————————

de
of        DOS MIL DOLARES ($2,000.00).——————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——————————



miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the—————————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and—————

y aseguramiento del préstamo antes mencionado.————————————————————
insuring of the loan hereinb. fore mentioned.——————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of—— ——————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee———————————————



hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,        ——————————————

DOS MIL ————————————————————— DOLARES ($2,000.00—— }
                                          DOLLARS  $

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

CUATRO Y MEDIO———————————————— por ciento (   -4.50    o/o) anual;
                                          per cent (          o/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)
(A)

DOS MIL———————————————————— DOLARES ($ 2,000.00)——
                                    DOLLARS ($ 2,000.00)——

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender——————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as——————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,—————————

Tercero;————————————————————————————————————
Three;———————————————————————————————————————

(B)
(B)

TRES MIL ——————————————————— DOLARES ($ 3,000.00)————
                                     DOLLARS ($ 3,000.00)————

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————

sufrir bajo su seguro de pago del pagaré.——————————————————
sustain under its insurance of payment of the note;———————————————

Tres. En cualquier caso y en todo tiempo;——————————————————
Three. In any event and at all times whatsoever:————————————————

(A)
(A)  OCHOCIENTOS DOLARES————————————————————————

($ 800.00————————— ) para intereses después de mora;——————
($ 800.00————————— ) for default interest:————————

(B)
(B)  CUATROCIENTOS DOLARES————————————————————————

($400.00————————— ) para contribuciones, seguro y otros adelantos para la con-
($400.00————————— ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph—————

SEXTO, Tercero;——————————————————————————————
SIXTH, Three;————————————————————————————————

(C)
(C)  DOSCIENTOS DOLARES————————————————————————

($ 200.00————————— ) para costas, gastos y honorarios de abogado en casos
($ 200.00————————— ) for costs, expenses and attorney's fees in case——

de  ejecución;——————————————————————————————
of  foreclosure;————————————————————————————

(D)
(D)  DOSCIENTOS DOLARES————————————————————————

($ 200.00————————— ) para costas y gastos que incurriere el acreedor hipoteca-
($ 200.00————————— ) for costs and expenditures incurred by the mortgagee in———

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with———

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as——————

se consigna en el párrafo SEXTO, Trece.—————————————————
provided in paragraph (SIXTH, Thirteen.————————————————

*F.R.G*
*L.R.B.*

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number     sesenta y tres, cero cinco, quinien-

tos ochenta y tres, veintidós, quince, trece———————————————————

                                                          fechado el día
(63-05-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)————————————————          DIECINUEVE

                                     de mil novecientos————————
(19)—————— de        abril    nineteen hundred and
                 day of

noventa (1990)—————————     por la suma de
                                   in the amount of DOS MIL——————————

————————————————($2,000.00)— dólares de principal más
                                                  of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of
                                                          CUATRO Y MEDIO

———————————————————— { ——4.50%—— } por ciento anual,
                                                          percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

F.R.G.     entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
           between the borrower and the Government, except that the final installment of the

L.R.B.     representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
           entire debt herein evidenced, if not sooner paid, will be due

               y los
               and payable     DIEZ (10)———————————————————————

           años de la fecha de este pagaré.————————————————————————
           years from the date of this promissory note.——————— ——— —

           Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
           Said promissory note is given as evidence of a loan made by the——

           Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
           Government to the borrower pursuant to the law of the Congress of the United

           Unidos de América denominada "Consolidated Farm and Rural Development Act
           States of America known as "Consolidated Farm and Rural Development Act— — —

           1961" o de conformidad con el "Title V of the Housing Act of 1949", según
           1961" or pursuant to "Title V of the Housing Act of 1949, as——————

           han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
           amended, and is subject to the present regulations of the Farmers——

           de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
           Home Administration and to its future regulations not inconsistent with the

           Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
           express provision thereof. Of which description I, the authoring Notary, GIVE FAITH.———

           UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
           ELEVENTH: That the property object of this deed and over which————

           constituye Hipoteca Voluntaria, se describe como sigue:——————————
           voluntary mortgage is constituted, is described as follows:————————————

- 13 -

RUSTICA: Granja marcada con el número ciento sesneta y cuatro --
(164) del plano levantado por el Departamento de lo Interior ra-
dicada en el Barrio San Salvador del término Municipal de Caguas,
Puerto Rico, compuesta de veintisiete cuerdas con ochenta y cuatro
centésimas de otra, equivalentes a diez hectáreas, noventa y cua-
tro áreas y ocho centiáreas. Colindando por el Norte, con José
del carmen Reyes; al Sur, con la parcela número ciento sesenta
y tres; al Este, con cuchilla divisoria Barrio Espino San Lorenzo,
Caguas; y al Oeste, con Francisco Figueroa.---------------------

**Adquirió el prestatario la descrita finca por**
Borrower acquired the described property by          Donación-------------------

**según consta de la Escritura Número**
pursuant to Deed Number          treinta y cinco (35)---------------

**de fecha**
dated          veinte (20) de septiembre de mil novecientos ochenta y

ocho (1988)-----------------------------------------------------

**otorgada en la ciudad de**
executed in the city of          Río Piedras, Puerto Rico----------------------

**ante el Notario**
before Notary          Francisco Solis Scharon.-----------------------

**Dicha propiedad se encuentra**
Said property is          libre de cargas, e inscrita al folio

doscientos cuarenta y dos (242) del tomo ciento noventa y seis

(196) de Caguas, finca cinco mil novecientos cicnuenta y tres

(5,953).-------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote
TWELFTH: The parties appearing in the present deed as Mortgagors -----------------

**carlos**
are          DON FRANCISCO ROSARIO GALARZA, Seguro Social          , y
DOÑA LYDIA RODRIGUEZ BAEZ, Seguro Social          , mayores de

edad, casados entre sí, proietarios y vecinos de Caguas, Puerto

Rico.
**cuya dirección postal es:**
whose postal address is:          HC-04 Box 49805, Caguas, Puerto Rico

00625-9648.----------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------

14

CERTIFIED TRANSLATION

TRANSLATOR'S NOTE:

The following is the Spanish language portion of the Form  FmHA 427-1(S) PR (Rev. 10-82).

DEED 40

> RURAL:  Farm marked with number one hundred and sixty-four (164) of the blueprint made by the Department of the interior  recorded at San Salvador Ward of the municipal term of Caguas, Puerto Rico, comprised by TWENTY-SEVEN CUERDAS WITH EIGHTY-FOUR   HUNDREDTH   OF   ANOTHER (27.84cds.) equivalent to ten hectares, ninety-four areas and eight centiares.  Bordering on the North with José del Carmen Reyes; on the South with lot number one hundred and sixty-three; on the East with dividing strip Espino Ward of San Lorenzo, Caguas, and on the West with Francisco Figueroa.

Borrower acquired the described property by Donation

Pursuant to Deed Number Thirty Five (35) (Page 14)

Dated September 20, 1988. (Page 14)

Before Notary Francisco Solis Scharon (Page 14)

Said Property is free of liens and it is recorded at folio two hundred and sixty-five (265) of book one thousand three hundred and forty-one (1,341) of Caguas, property five thousand nine hundred and fifty-three (5,953). (Page 14)

The Parties appearing in the present deed as Mortgagors DON FRANCISCO ROSARIO GALARZA, Social Security 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 and DOÑA LYDIA RODRÍGUEZ BAÉZ, Social Security 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, of legal age, married to each other, owners and residents of Caguas, Puerto Rico 00725-9648.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas,    construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

severalmente por sí y a nombre de sus herederos causahabientes, sucesores o
severally by himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADninistración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiere tener en la propiedad descrita en el párrafo undécimo y en los edificios
it may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth (28) of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. §851).
L.P.R.A. §851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

F.K.G.

L.R.B.

fondos del préstamo aquí garantizado, se considerará e interpretará co _ parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.------------------------------
of the property encumbered by this Mortgage.--------------------------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move---------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty----

días a partir de la fecha de la inspección final; y en caso de circunstancias impro-
days from the date of final inspection, and in the event of unforeseen circumstances-----

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will---------------

notificará por escrito al Supervisor Local.----------------------------
notify it in writing to the County Supervisor.------------------------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed-------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous---

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with prese t regulations-------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and----------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern-------

estos tipos de préstamos.--------------------------------------
these types of loans.------------------------------------

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of----------------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower (s) by the------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two----------------------------------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)----------------------------

--VIGESIMO PRIMERO: El producto de este préstamo será utilizado

para la reparación de verjas y ranchos.----------------------------

*F.R.G*

*L.R.B.*

--VIGESIMO SEGUNDO: El compareciente Francisco Rosario Galarza fué identificado mediante la Licencia de Conducir número setecientos quince, quinientos sesenta y nueve (715,569); y la compareciente Lydia Rodríguez Báez fué identificada mediante la Tarjeta Electoral número doscientos noventa y cuatro, nueve, seiscientos cincuenta y cinco (2949655).---------------

---------------------------------------------------------

--Dichas identificaciones son expedidas por el Gobierno de Puerto Rico y en las mismas consta la fotografía y firma de estos.---------------------------------------------------------

------------------------ACEPTACION---------------------------
------------------------ACCEPTANCE---------------------------

--El (los) comparecientes ACEPTAN esta escritura en forma re-
---Tha appearing party (parties) ACCEPT(S) this deed in the

dactada una vez yo, el Notario autorizante, le (les) hice las
manner drawn once, I the authorizing Notary, have made to him

advertencias legales pertinentes.----------------------------
(them) the pertinent legal warnings.-------------------------

--Así lo dicen y otorgan ante mí, el Notario autorizante, el
So they say execute before me, the authorizing Notary, the

(los) comparecientes(s) sin requerir la presencia de testigos
appearing party (parties) without demanding the presence of

después de renunciar su derecho a ello del que le(s) advertí.
witnesses after waiving his (thier) right to do so of which

I advised him (them).----------------------------------------

--Después de ser leída esta escritura por el (los) compare-
--After this deed was read by the appearing party (parties)

ciente(s), se ratifica(n) en su contenido, pone(n) sus incia-
he (they) ratify is contents, place(s) his (their) initial on

les en cada uno de los folios de esta escritura incluyendo el
each of the folios of this deed including the last one, and

último y la firma(n) todos ante mí, el Notario autorizante,
all sign before me, the authorizing Notary who GIVES FAITH

que DOY FE de todo el contenido de esta escritura.-----------
to everything contained in this deed.-----------------------

F.R.G
L.R.B.



Francisco Rosario Galarza
Lydia Rodriguez Baez

FIRMADO:     Francisco Rosario Galarza

Lydia Rodríguez Báez

Firmado, Firmado, Rubricado y Sellado, Moises Muñiz Hernandez---Notario Público. Hay cancelados los correspondientes sellos de Rentas Internas e Impuesto Notarial y debidamente estampadas las iniciales de los otorgantes al margen de todos y cada uno de los folios del original.------ CERTIFICO que la que precede es PRIMERA copia fiel y exacta de su original que bajo el número ------ CUARENTA (40)             obra en mi protocolo------ corriente, la cual consta de     Nueve (9) folios. Para entregar a     Francisco Rosario Galarza    , expido la presente en el mismo día y fecha de su otorgamiento. DOY FE.------

PUERTO RICO

NOTARIO PUBLICO

Abogado        Notario

MOISES MUÑIZ HERNANDEZ

Inscrito al folio 243 vto del tomo 196 de Caguas, inscripción 5ta, finca 5953. Se halla afecta a hipoteca que por este documento se constituye y otra que en esta misma fecha se constituye.

Caguas, a 11 de julio de 1990.

Gloriana Ruiz

Registradora

Sin derechos.

REGIS. O DE LA PROPIEDAD
SECCION PRIMERA
CAGUAS
PUERTO RICO

TWENTIETH SECOND:  The appearing party Francisco Rosario Galarza was identified by means of Driver's License number 715, 569; and appearing party Lydia Rodríguez Báez was identified by means of Electoral Card No. 2949655.

Said identifications are issued by the Government of Puerto Rico and on both there appears a photograph and signature of the appearing parties.

SIGNED: FRANCISCO ROSARIO GALARZA
LYDIA RODRÍGUEZ BAÉZ

RUBBER STAMP

Signed, sealed, flourished and rubricated by Moises Muñíz Hernández -- Notary Public.  There appear cancelled the corresponding Internal Revenue Stamps and the initials of the grantors on the margin of each and every page of the original.

I CERTIFY that the preceding is the first true and exact copy of its original which under number 40 appears in my protocol, which has 9 pages (in its original Spanish version).  To deliver to Francisco Rosario Galarza, I issue this document on the same date of its granting.  I SO ATTEST.

(sgd.) Illegible
Notary Public

(NOTARY PUBLIC SEAL)

(HANDWRITTEN)
Registered on the back of page 243 of volume 196 of Caguas, 5th registration, lot 5953.  It is affected by the mortgage herein constituted and another constituted on even date.

Caguas, today July 11, 1990.

(sgd.) GLORIANA RUÍZ
Registrar
No fees

(OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, CAGUAS SECTION)

251

----------------------NUMERO  CUARENTA Y TRES ---------------------

-----REAMORTIZACION DE PRESTAMOS HIPOTECARIOS Y MODIFICACION---

----------------------------DE HIPOTECAS--------------------------

--En la ciudad de Caguas, Puerto Rico a los doce (12) días del

mes de marzo de mil novecientos noventa y siete (1997).---------

----------------------------ANTE MI------------------------------

--MOISES MUÑIZ HERNANDEZ: Notario Público de Puerto Rico con -

residencia, vecindad y notaría abierta en la ciudad de Caguas,

Puerto Rico.----------------------------------------------------

----------------------------COMPARECEN---------------------------

--DE UNA PARTE: DON FRANCISCO ROSARIO GALARZA, Seguro Social -

y DOÑA LYDIA RODRIGUEZ BAEZ, Seguro Social

, mayores de edad, casados entre sí, propietarios y vecinos

de Caguas, Puerto Rico.------------------------------------------

--DE LA OTRA PARTE: COMO ACREEDOR HIPOTECARIO, ESTADOS UNIDOS

DE AMERICA, actuando por conducto y a través de la Administra-

ción de Hogares de Agricultores a tenor con las diposiciones

de la Ley del Congreso titulada "Consolidated Farms Home Admi-

nistration Act of 1961", con oficinas principales en Washing-

ton Distrito de Columbia, Estados Unidos de América, en este

acto representada por DON ALVIN GONZALEZ RIVERA, Seguro Social

0, mayor de edad, casado con Nancy Janice Díaz Mora-

les, empleado y vecino de Cayey, Puerto Rico en su carácter de

Supervisor Local de Farm Service Agency, oficina de Caguas y

cuyas facultades constan debidamente acreditadas en el Regis-

tro de la Propiedad.  Seguro Social Patronal          6.---

--DOY FE del conocimiento personal de los comparecientes y por

sus dichos también la doy en cuanto a su edad, estado civil,-

profesión y vecindad.  Me aseguran tener y a mi juicio tienen

sin que nada me conste en contrario la capacidad legal necesa-

1

252

ria para este otorgamiento y en tal virtud libre y voluntaria-

mente.------------------------------------------------------------

----------------------------EXPONEN----------------------

--PRIMERO: Que los deudores hipotecarios don Francisco Rosario

Galarza y doña Lydia Rodríguez Báez----------------------------

son dueños del siguiente inmueble:--------------------------------

--RUSTICA: Granja marcada con el número ciento sesenta y cuatro
(164) del plano levantado por el Departamento de lo interior
-radicado en el Barrio San Salvador del término municipal de --
Caguas, Puerto Rico, compuesto de VEINTISIETE CUERDAS CON ----
OCHENTA Y CUATRO CENTESIMAS DE OTRA (27.84cdas.) equivalentes-
a diez hectáreas, noventa y cuatro áreas y ocho centiáreas. -- '
Colinda por el Norte, con José del Carmen Reyes; por el Sur, -
con la parcela ciento sesenta y tres; por el Este, con cuchilla
divisoria Barrio Espino de San Lorenzo, Caguas, y por el Oeste,
con Francisco  Figueroa.------------------------------------------

--Consta inscrita al folio doscientos sesenta y cinco (265) del
tomo mil trescientos cuarenta y uno (1,341) de Caguas,----------
finca cinco mil novecientos cincuenta y tres (5,953).----------

--SEGUNDO: ----------------TITULO Y CARGAS----------------

--Adquirieron los comparecientes la descrita propiedad por ---

Donación  según consta de la escritura treinta y cinco (35) -

del veinte (20) de septiembre de mil novecientos ochenta y ocho

(1988) en Río Piedras, Puerto Rico ante el notario Francisco -

Solis Scharon.---------------------------------------------------

--Se halla afecta a cuatro hipotecas a favor de Farmers Home

Administration o a su orden por las sumas de DOS MIL DOLARES--

($2,000.00); TRES MIL DOLARES ($3,000.00); VEINTE MIL DOLARES-

($20,000.00) y VEINTE MIL DOLARES ($20,000.00) respectivamente.

--TERCERO: Siguen manifestando los deudores hipotecarios don

Francisco Rosario Galarza y doña Lydia Rodríguez Báez --------

que con el fin de reamortizar la deuda hipotecaria solicitaron

y obtuvieron el consentimiento del acreedor hipotecario, Esta-

dos Unidos de América, actuando por conducto y a través del ---

Administrador de Hogares de Agricultores de conformidad con la

Ley del Congreso titulada "Consolidated Farmers Home Adminis-

tration Act of 1961" y el reglamento aprobado al efecto para-

reamortizar la deuda hipotecaria.-------------------------------

--REAMORTIZACION Y MODIFICACION DE PAGO, PAGARE E HIPOTECA-----

2

253

--CUARTO: Manifiesta el compareciente don Alvin González Rive-
ra en el carácter que ostenta, que habiendo sido aceptados los
deudores hipotecarios don Francisco Rosario Galarza y doña ---
Lydia Rodríguez Báez,----------------------------------------
para recibir los beneficios de la Ley del Congreso " Consoli-
dated Farmers Home Administration Act of 1961" según enmendada
ha convenido en reamortizar y modificar la forma de pagos de
los plazos consignados en las escrituras:--------------------
--a. Número cuarenta (40) otorgada en Caguas, Puerto Rico el
día diecinueve (19) de abril de mil novecientos noventa (1990)
ante el notario Moisés Muñiz Hernández por la suma de DOS MIL
DOLARES ($2,000.00).-----------------------------------------
--b. Número doce (12) otorgada en Caguas, Puerto Rico el día
veintisiete (27) de febrero de mil novecientos noventa y dos
(1992) ante el notario Moisés Muñiz Hernández por la suma de
VEINTE MIL DOLARES ($20,000.00),-----------------------------
--c. Número ciento cuarenta (140) otorgada en Caguas, Puerto
Rico el día veintiocho (28) de noviembre de mil novecientos
noventa y cuatro (1994) ante el notario Moisés Muñiz Hernández
por la suma de VEINTE MIL DOLARES ($20,000.00).--------------
--d. Número ochenta y ocho (88) otorgada en Caguas, Puerto ---
Rico el día dieciseis (16) de agosto de mil novecientos noventa
y seis (1996) ante el notario Moisés Muñiz Hernández por la --
suma de VEINTICINCO MIL DOLARES ($25,000.00),----------------
en las siguientes formas:------------------------------------
---El importe total adeudado al doce (12) de marzo de mil nove-
cientos noventa y siete (1997) en la hipoteca descrita bajo la
letra (a) por la suma de DOS MIL DOLARES ($2,000.00) asciende
a la suma de MIL CIENTO DOS DOLARES CON NOVENTA CENTAVOS ----
($1,102.90); esto es MIL CUARENTA Y SEIS DOLARES CON VEINTI-
SIETE CENTAVOS ($1,046.27) de principal y CINCUENTA Y SEIS --
DOLARES CON SESENTA Y TRES CENTAVOS ($56.63) de intereses al
TRES Y TRES CUARTO PORCIENTO (3.75%) la cual habrá de ser pa-
gada en la siguiente forma:----------------------------------

3

254

--CIENTO CINCUENTA Y CINCO DOLARES ($155.00) en o antes del --

primero de enero del año dos mil tres (2,003) y subsiguiente-

mente el primero de enero de cada año hasta el pago total de

la deuda el cual se hará en o antes de su vencimiento a quince

(15) años.-----------------------------------------------------

--El importe total adeudado al doce (12) de marzo de mil nove-

cientos noventa y siete (1997) en la hipoteca descrita bajo la

letra (b) por la suma de VEINTE MIL DOLARES ($20,000.00) asci-

ende a la suma de DIECIOCHO MIL SEISCIENTOS CINCUENTA Y CUATRO

DOLARES CON NOVENTA Y NUEVE CENTAVOS ($18,654.99) esto es ----

DIECISIETE MIL QUINIENTOS NOVENTA Y SEIS DOLARES CON SETENTA Y

SIETE CENTAVOS ($17,596.77) de principal y MIL CINCUENTA Y  --

OCHO DOLARES CON VEINTIDOS CENTAVOS ($1,058.22) de intereses -

al CINCO PORCIENTO (5%) la cual habrá de ser pagada en la si-

guiente forma:------------------------------------------------

--CUARENTA Y SEIS DOLARES ($46.00) en o antes del primero de -

enero del año mil novecientos noventa y ocho (1998) hasta el -

primero de enero del año dos mil dos (2,002); y DOS MIL OCHO-

CIENTOS CINCUENTA Y SEIS DOLARES ($2,856.00) en o antes del -

primero de enero del año dos mil tres (2,003) y subsiguiente-

mente en o antes del primero de enero de cada año hasta su --

vencimiento a quince (15) años.------------------------------

--El importe total adeudado al doce (12) de marzo de mil nove-

cientos noventa y siete (1997) en la hipoteca descrita bajo la

letra (c) por la suma de VEINTE MIL DOLARES ($20,000.00) asci-

ende a la suma de DIECIOCHO MIL NOVECIENTOS SESENTA Y TRES ---

DOLARES CON NOVENTA Y SIETE CENTAVOS ($18,963.97); esto es ---

DIECIOCHO MIL CIENTO CUARENTA Y CINCO DOLARES CON CINCUENTA Y

SEIS CENTAVOS ($18,145.56) de principal y OCHOCIENTOS DIECI-

OCHO DOLARES CON CUARENTA Y UN CENTAVOS ($818.41) de intereses

al TRES Y TRES CUARTO PORCIENTO (3.75%) la cual habrá de ser

pagada en la siguiente forma:---------------------------------

--DOS MIL SEISCIENTOS SESENTA Y CINCO DOLARES ($2,665.00) en o

antes del primero de enero del año dos mil tres (2,003)

255

y subsiguientemente en o antes del primero de enero de cada año
hasta el pago total de la deuda el cual se hará en o antes de
su vencimiento a quince (15) años.------------------------------

--El importe total adeudado al doce (12) de marzo de mil nove-
cientos noventa y siete (1997) en la hipoteca descrita bajo la --
letra (6) por la suma de VEINTICINCO MIL DOLARES ($25,000.00)--
asciende a la suma de VEINTICINCO MIL SETECIENTOS DOCE DOLARES
CON TREINTA Y TRES CENTAVOS ($25,712.33); esto es VEINTICINCO
MIL DOLARES ($25,000.00) de principal y SETECIENTOS DOCE DOLA-
RES CON TREINTA Y TRES CENTAVOS ($712.33) de intereses al CINCO
PORCIENTO (5%) la cual habrá de ser pagada en la siguiente ---
forma:---------------------------------------------------------

--TRES MIL NOVECIENTOS SETENTA Y TRES DOLARES ($3,973.00) en o
antes del primero de enero del año dos mil tres (2,003) y sub-
siguientemente en o antes del primero de enero de cada año  --
hasta el pago total de la deuda el cual se hará en o antes de
su vencimiento a quince (15) años.-----------------------------

--QUINTO: El compareciente Alvin González Rivera, en el carác-
ter que ostenta me entrega a mí el notario, el pagaré garanti-
zado con la hipoteca quien me aseguró que no ha sido negociado
ni gravado en forma alguna por su actual tenedor y poseedor -
Estados Unidos de América y una vez identificados por mí, el
Notario, cerciorándome de que se trata del mismo pagaré proce-
do a poner al dorso de este la siguiente nota:-----------------

--a. El importe de este y la hipoteca que lo garantiza reamor-
tizado al doce (12) de marzo de mil novecientos noventa y siete
(1997) dió un saldo deudor montante a MIL CIENTO DOS DOLARES --
CON NOVENTA CENTAVOS ($1,102.90) la cual devengará intereses al
TRES Y TRES CUARTO PORCIENTO (3.75%) anual la cual habrá de
ser pagada en la siguiente forma:------------------------------

--CIENTO CINCUENTA Y CINCO DOLARES ($155.00) en o antes del
primero de enero del año dos mil tres (2,003) y subsiguiente-
mente el primero de enero de cada año hasta el pago total de
de la deuda el cual se hará en o antes de su vencimiento a ---

5

256

a quince (15) años desde la fecha de reamortización; según re-
sulta de la escritura número  cuarenta y tres (43)------------
del día doce (12) de marzo de mil novecientos noventa y siete --
(1997) otorgada en Caguas, Puerto Rico ante el notario Moisés-
Muñiz Hernández.-------------------------------------------------
--DOY FE.-------------------------------------------------------
--En Caguas, Puerto Rico a doce (12) de marzo de mil novecien-
tos noventa y siete (1997).--------------------------------------
--Firmado, Signado, Rubricado y Sellado.------------------------
--b. El importe de este y la hipoteca que lo garantiza reamor-
tizado al doce (12) de marzo de mil novecientos noventa y siete
(1997) dió un saldo deudor montante a DIECIOCHO MIL SEISCIENTOS
CINCUENTA Y CUATRO DOLARES CON NOVENTA Y NUEVE CENTAVOS ------
($18,654.99) la cual devengará intereses al CINCO PORCIENTO --
(5%) anual y la cual habrá de ser pagada en la siguiente forma:
--CUARENTA Y SEIS DOLARES ($46.00) en o antes del primero de
enero del año mil novecientos noventa y ocho (1998) hasta el
primero de enero del año dos mil dos (2,002); y DOS MIL OCHO-
CIENTOS CINCUENTA Y SEIS DOLARES ($2,856.00) en o antes del -
primero de enero del año dos mil tres (2,003) y subsiguiente-
mente en o antes del primero de enero de cada año hasta el pago
total de la deuda el cual se hará en o antes de su vencimiento
a quince (15) años desde la fecha de reamortización; según re-
sulta de la escritura número  cuarenta y tres (43)-----------
del día doce (12) de marzo de mil novecientos noventa y siete
(1997) otorgada en Caguas, Puerto Rico ante el notario Moisés
Muñiz Hernández.-------------------------------------------------
--En Caguas, Puerto Rico a doce (12) de marzo de mil novecien-
tos noventa y siete (1997).--------------------------------------
--Firmado, Signado, Rubricado y Sellado.------------------------
--c. El importe de este y la hipoteca que lo garantiza reamor-
tizado al doce (12) de marzo de mil novecientos noventa y siete
(1997) dió un saldo deudor montante a DIECIOCHO MIL NOVECIEN-
TOS SESENTA Y TRES DOLARES CON NOVENTA Y SIETE CENTAVOS ------

257

($18,963.97) la cual devengará intereses al TRES Y TRES CUARTO

PORCIENTO (3.75%) anual y la cual habrá de ser pagada en la si-

guiente forma:----------------------------------------------

--DOS MIL SEISCIENTOS SESENTA Y CINCO DOLARES ($2,665.00) en o

antes del primero de enero del año dos mil tres (2,003) y sub-

siguientemente en o antes del primero de enero de cada año hasta

el pago total de la deuda el cual se hará en o antes de su ven-

cimiento a quince (15) años desde la fecha de reamortización; -

según resulta de la escritura número  cuarenta y tres (43)----

-------------- del día doce (12) de marzo de mil novecientos

noventa y siete (1997) otorgada en Caguas, Puerto Rico ante el

notario Moisés Muñiz Hernández.------------------------------

--DOY FE.----------------------------------------------------

--En Caguas, Puerto Rico a doce (12) de marzo de mil novecien-

tos noventa y siete (1997).----------------------------------

--Firmado, Signado, Rubricado y Sellado.---------------------

--d. El importe de este y la hipoteca que lo garantiza reamor-

tizado al doce (12) de marzo de mil novecientos noventa y siete

(1997) dió un saldo deudor montante a VEINTICINCO MIL SETECIEN-

TOS DOCE DOLARES CON TREINTA Y TRES CENTAVOS ($25,712.33) la

cual devengará intereses al CINCO PORCIENTO (5%) anual y la --

cual habrá de ser pagada en la siguiente forma:--------------

--TRES MIL NOVECIENTOS SETENTA Y TRES DOLARES ($3,973.00) en o

antes del primero de enero del año dos mil tres (2,003) y sub-

siguientemente en o antes del primero de enero de cada año   --

hasta el pago total de la deuda el cual se hará en o antes de

su vencimiento a quince (15) años desde la fecha de reamorti-

zación; según resulta de la escritura número  cuarenta y tres

(43)-------------- del día doce (12) de marzo de mil noveci-

entos noventa y siete (1997) otorgada en Caguas, Puerto Rico

ante el notario Moisés Muñiz Hernández.----------------------

--DOY FE.----------------------------------------------------

--En Caguas, Puerto Rico a doce (12) de marzo de mil novecien-

tos noventa y siete (1997).----------------------------------

258

--Firmado, Signado, Rubricado y Sellado.----------------------

---SEXTO: Las partes contratantes en este instrumento conviene

asimismo, que este convenio de reamortizacion no constituye un

renovación extintiva de la obligación (deuda) existente y la

modificación de la misma bajo los términos y condiciones aquí

consignados; por lo que se ruega al Honorable Registrador de

la Propiedad que así se haga constar en la inscripción de este

documento.------------------------------------------------------

--SEPTIMO: Hacen constar los comparecientes que el porciento

de interés de préstamos para compra de finca, mejoras permanen

tes o gastos operacionales garantizado con este instrumento, -

podrá ser aumentado por la Administración de Hogares de Agri-

cultores de acuerdo con la reglamentación vigente y los térmi-

nos de los pagares.----------------------------------------------

-------------------------------ACEPTACION---------------------------

--Los comparecientes aceptan esta escritura en todas sus partes

por hallarla de acuerdo con sus instrucciones y YO, el Nota--

rio les hice las reservas y advertencias de ley pertinentes.-

-------------------------------OTORGAMIENTO---------------------------

--Así lo dicen y otorgan ante mí los comparecientes luego de

haber renunciado al derecho que les advertí tenían para   ----

requerir la presencia de testigos instrumentales.---------------

-------------------------------LECTURA---------------------------

--Leída por mí y por los otorgantes en la misma se ratifican-

y firman fijando además sus iniciales en todos los folios de-

esta escritura.----------------------------------------------------

--De todo lo cual así como del conocimiento personal de los -

comparecientes; ALVIN GONZALEZ RIVERA;----------------------------

--Francisco Rosario Galarza, quien fue identificado mediante

la Licencia de Conducir número setecientos quince, quinientos

cuarenta y nueve (715549);----------------------------------------

--y Lydia Rodríguez Báez, quien fue identificada mediante la

Tarjeta Electoral número veintinueve, cuarenta y nueve, sesen-

tay cinco, cinco (2949655).----------------------------------------

8

259

--Dichas identificaciones son expedidas por el Gobierno de --
Puerto Rico y en las mismas constan la firma y fotografías de
estos, las cuales presentaron voluntariamente.---------------
--Y por sus dichos en cuanto a su edad, estado civil, profe-
sión y vecindad y de todo lo demás que aseguro o refiero en -
este instrumento público Yo, el Notario, DOY FE.-------------





9



FIRMADO:     ALVIN GONZALEZ RIVERA
             FRANCISCO ROSARIO GALARZA
             LYDIA RODRIGUEZ BAEZ

Firmado, Signado, Rubricado y Sellado
MOISES MUÑIZ HERNANDEZ, NOTARIO PUBLICO.
Hay cancelados los correspondientes sellos
de Rentas Internas e Impuesto Notarial y
debidamente estampadas las iniciales de
los otorgantes al margen de todos y cada uno
de los folios del original.

CERTIFICO que la que precede es PRIMERA
copia fiel y exacta de su original que bajo
el número ___43___ obra en mi protocolo
corriente, la cual consta de ___9___ folios.
Para entregar a Francisco Rosario Galarza
expido la presente en el mismo sitio y fecha
de su otorgamiento. DOY FE.

NOTARIO PUBLICO

10

CERTIFIED TRANSLATION

----------------------NUMBER FORTY-THREE-----------------------------

-------REIMBURSEMENT OF MORTGAGE LOANS AND--------------

--------------------AMENDMENT OF MORTGAGES-----------------------

---In the City of Caguas, Puerto Rico, on the twelfth (12th) day of the

month of March, nineteen ninety-seven (1997). --------------------------

---------------------------------BEFORE ME--------------------------------------

---MOISES MUÑIZ HERNANDEZ:  Public Notary from Puerto Rico

with residence, vicinity and notary office open in the city of Caguas,

Puerto Rico. ---------------------------------------------------------------------------

-----------------------------------APPEAR------------------------------------------

---ON ONE PARTY:   DON FRANCISCO ROSARIO GALARZA,

Social Security                    ᴗ and MRS. LYDIA RODRIGUEZ BAEZ,

Social Security                           of legal age, married to each other,

property owners and residents of Caguas, Puerto Rico.---------------

---ON THE OTHER PARTY:    AS MORTGAGE CREDITOR,

UNITED STATES OF AMERICA, through the Farmers Home

Administration pursuant to the provisions of Congress Law entitled

"Consolidated Farms Home Administration Act of 1961", with main

offices in Washington, District of Columbia, United States of

America, herein represented by DON ALVIN GONZALEZ RIVERA,

Social Security           .  _    , of legal age, married to Nancy Janice

- 2 -

Díaz Morales, employee and resident of Cayey, Puerto Rico, in his

capacity as Local Supervisor of the **Farm Service Agency,** Caguas

office and whose faculties are duly credited in the Registry of

Property.  Employer Social Security 80-61-06-4906.---------------------

--I ATTEST to the personal knowledge of the appearing parties and

by their saying I also do as to their age, civil status, profession and

vicinity.  They assure me they have and to my judgment they do,

without any reservation, the necessary legal capacity for this

execution and by such virtue freely and voluntarily ----------------------

-------------------------------------SET FORTH------------------------------------

---FIRST:   That the mortgage debtors don Francisco Rosario

Galarza and Mrs. Lydia Rodríguez Báez are owners of the following

property: ----------------------------------------------------------------------------

---RUSTIC:  Farm marked with number one hundred and sixty-four
(164) of the blueprint made by the Department of the interior
recorded at San Salvador Ward of the municipal term of Caguas,
Puerto Rico, comprised by TWENTY-SEVEN CUERDAS WITH
EIGHTY-FOUR   HUNDREDTH   OF   ANOTHER   (27.84cds.)
equivalent to ten hectares, ninety-four areas and eight centiares.
Bordering on the North with José del Carmen Reyes; on the South
with lot number one hundred and sixty-three; on the East with
dividing knife Espino Ward of San Lorenzo, Caguas, and on the
West with Francisco Figueroa. ---------------------------------------------

--It is recorded at folio two hundred and sixty-five (265) of book one
thousand three hundred and forty-one (1,341) of Caguas, property
five thousand nine hundred and fifty-three (5,953).------------------------

- 3 -

--SECOND: ------------------TITLE AND OBLIGATIONS-----------------

---The appearing parties acquired the described property through Donation, as evidenced in deed thirty-five (35) of September twenty (20) nineteen ninety-eight (1998) in Río Piedras, Puerto Rico before notary Francisco Solís Scharon. ------------------------------------------------

---It is encumbered by four mortgages in favor of the Farmers Home Administration or to its order for the sums of TWO THOUSAND DOLLARS ($2,000.00); THREE THOUSAND DOLLARS ($3,000.00); TWENTY THOUSAND DOLLARS ($20,000.00) and TWENTY THOUSAND DOLLARS ($20,000.00) respectively. ----------------------------------------------------------------------

---THIRD: Mortgage debtors don Francisco Rosario Galarza and Mrs. Lydia Rodríguez Báez continue to state, that with the purpose of repaying the mortgage debt they requested and obtained the consent from the mortgage creditor, United States of America, acting through the Farmers Home Administration pursuant to Congress Law entitled "Consolidated Farmers Home Administration Act of 1961" and the regulation approved to that effect for reimbursement of the mortgage debt. -----------------------------------------

---REIMURSEMENT AND PAYMENT MODIFICATION, PROMISSORY NOTE AND MORTGAGE---------------------------------

- 4 -

---FOURTH:   Appearing party don Alvin González Rivera, in the capacity he holds, states that having been accepted mortgage debtors don Francisco Rosario Galarza and Mrs. Lydia Rodríguez Báez, to receive the benefits of Congress Act "Consolidated Farmers Home Administration Act of 1961" as amended, he has agreed to reimburse and modify the payment method of the installments consigned in deeds: -------------------------------------------

---a.  Number forty (40) executed in Caguas, Puerto Rico on April nineteen (19) nineteen ninety before Notary Moisés Muñiz Hernández for the sum of TWO THOUSAND DOLLARS ($2,000.00). --------------------------------------------------------------------------

---b.  Number twelve (12) executed in Caguas, Puerto Rico on February twenty-seven (27) nineteen ninety-two (1992) before Notary Moisés Muñiz Hernández for the sum of TWENTY THOUSAND DOLLARS ($20,000.00). ---------------------------------------

---c.  Number one hundred and forty (140) executed in Caguas, Puerto Rico on November twenty-eight (28) nineteen ninety-four (1994) before Notary Moisés Muñiz Hernández for the sum of TWENTY THOUSAND DOLLARS ($20,000.00).-------------------------

---d.  Number eighty-eight (88) executed in Caguas, Puerto Rico on August sixteen (16) nineteen ninety-six (1996) before Notary

- 5 -

Moisés Muñiz Hernández for the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in the following forms:----------

---The total amount owed as of March twelve (12), nineteen ninety-seven (1997) in the mortgage described under letter (a) for the sum of TWO THOUSAND DOLLARS ($2,000.00) ascends to the sum of ONE THOUSAND ONE HUNDRED AND TWO DOLLARS AND NINETY CENTS ($1,102.90); this is ONE THOUSAND AND FORTY-SIX DOLLARS AND TWENTY-SEVEN CENTS ($1,046.27) of the principal and FIFTY-SIX DOLLARS AND SIXTY-THREE CENTS ($56.63) in interests at THREE AND THREE QUARTER PERCENT (3.75%) which will be paid as follows: ------------------------

---ONE HUNDRED AND FIFTY-FIVE DOLLARS ($155.00) on or before January first of the year two thousand and three (2,003) and subsequently the first of January of each year until the full payment of the debt which will be made on or before its fifteen (15) year maturity. ---------------------------------------------------------------------------

---The total amount owed as of March twelve (12) of nineteen ninety-seven (1997) in the mortgage described under letter (b) for the sum of TWENTY THOUSAND DOLLARS ($20,000.00) ascends to the sum of EIGHTEEN THOUSAND SIX HUNDRED AND FIFTY-FOUR AND NINETY-NINE CENTS ($18,654.99) that is SEVENTEEN THOUSAND FIVE HUNDRED AND NINETY-SIX

- 6 -

DOLLARS AND SEVENTY-SEVEN CENTS ($17,596.77) in principal and ONE THOUSAND AND FIFTY-EIGHT WITH TWENTY-TWO CENTS ($1,058.22) in interests at FIVE PERCENT (5%) which will be paid in the following manner:

---FORTY-SIX DOLLARS on or before January first of the year nineteen ninety-eight (1998) until the first of January of the year two thousand and two (2,002); and TWO THOUSAND EIGHT HUNDRED AND FIFTY-SIX DOLLARS ($2,856.00) on or before the first of January of the year two thousand and three (2,003) and subsequently on or before the first of January of each year until its fifteen (15) years maturity. --------------------------------------------------------

---The total amount owed as of March twelve (12) of nineteen ninety-seven (1997) in the mortgage described under letter (c) for the sum of TWENTY THOUSAND DOLLARS ($20,000.00) ascends to the sum of EIGHTEEN THOUSAND NINE HUNDRED AND SIXTY-THREE AND NINETY-SEVEN CENTS ($18,963.97) that is EIGHTEEN THOUSAND ONE HUNDRED AND FORTY-FIVE DOLLARS AND FIFTY-SIX CENTS ($18,145.56) in principal and EIGHT HUNDRED AND EIGHTEEN DOLLARS AND FORTY-ONE CENTS ($818.41) in interests at THREE AND THREE QUARTERS PERCENT (3.75%), which will be paid in the following manner:

- 7 -

---TWO THOUSANDSIX HUNDRED AND SIXTY-FIVE DOLLARS ($2,665.00) on or before January first of the year two thousand and three (2,003) and subsequently on or before the first of January of each year until the full payment of the debt, which will be made on or before its fifteen (15) year maturity.----------------------------------------

---The total amount owed as of March twelve (12) of nineteen ninety-seven (1997) in the mortgage described under letter (d) for the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) ascends to the sum of TWENTY-FIVE THOUSAND SEVEN HUNDRED AND TWELVE DOLLARS AND THIRTY-THREE CENTS ($25,712.33); that is TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in principal and SEVEN HUNDRED AND TWELVE DOLLARS AND THIRTY-THREE CENTS ($712.33) in interests at FIVE PERCENT (5%) which will be paid in the following manner:

---THREE THOUSAND NINE HUNDRED AND SEVENTY-THREE DOLLARS ($3,973.00) on or before January first of the year two thousand and three (2,003) and subsequently on or before the first of January of each year until the full payment of the debt, which will be made on or before its fifteen (15) years maturity. ------------------

---FIFTH: Appearing party Alvin González Rivera, in the capacity he is representing delivers to me, the Notary, the promissory note

- 8 -

guaranteed with the mortgage, who assured me has not been negotiated or obligated in any form by its actual holder and possessor – United States of America and once identified by me, the Notary, verifying that it is the same promissory note I proceed to put on the back of the same the following note:--------------------------

---The amount of the same and the mortgage guaranteeing reimbursement by March twelve (12) nineteen ninety-seven (1997) gave an outstanding balance of  ONE THOUSAND AND TWO DOLLARS WITH NINETY-CENTS ($1,102.90) which will generate interests at the rate of THREE AND THREE QUARTERS PERCENT  (3.75%) per annum and which will be paid in the following manner: ---------------------------------------------------------------

---ONE HUNDRED AND FIFTY-FIVE DOLLARS (155.00) on or before January first of the year two thousand and three (2003) and subsequently the first of January of each year until the full payment of the debt which will be made on or before its fifteen (15) year maturity, since the date of reimbursement; pursuant to deed number forty-three (43) of March twelve (12) nineteen ninety-seven (1997) executed in Caguas, Puerto Rico before Notary Moisés Muñiz Hernández. ---------------------------------------------------------------

---I ATTEST. ---------------------------------------------------------------

- 9 -

---In Caguas, Puerto Rico on March twelve (12) nineteen ninety-seven (1997).------------------------------------------------------------------

---Signed, Sealed, Rubricated and Flourished.----------------------------

---b.   The amount of the same and the mortgage guaranteeing reimbursement by March twelve (12) nineteen ninety-seven (1997) gave an outstanding balance of   EIGHTEEN THOUSAND SIX HUNDRED AND FIFTY-FOUR AND NINETY-NINE CENTS ($18,654.99) which will generate interests at the rate of FIVE PERCENT (5%) per annum and which will be paid in the following manner: ----------------------------------------------------------------

---FORTY-SIX DOLLARS (46.00) on or before January first of the year nineteen ninety-eight (1998) until January first of the year two thousand and two (2002); and TWO THOUSAND EIGHT HUNDRED AND FIFTY-SIX DOLLARS ($2,856.00) on or before the first of January of the year two thousand and three (2003) and subsequently on or before the first of January of each year until the full payment of the debt which will be made on or before its fifteen (15) year maturity, since the date of reimbursement; pursuant to deed number forty-three (43) of March twelve (12) nineteen ninety-seven (1997) executed in Caguas, Puerto Rico before Notary Moisés Muñiz Hernández. ----------------------------------------------------

- 10 -

---In Caguas, Puerto Rico, this twelfth (12th) day of March, nineteen ninety-seven (1997). ----------------------------------------------------------

---Signed, Sealed, Rubricated and Flourished.----------------------------

--c.   The amount of the same and the mortgage guaranteeing reimbursement by March twelve (12) nineteen ninety-seven (1997) gave an outstanding balance of   EIGHTEEN THOUSAND NINE HUNDRED AND SIXTY-THREE DOLLARS AND NINETY-SEVEN CENTS ($18,963.97) which will generate interests at the rate of THREE AND THREE QUARTERS PERCENT  (3.75%) per annum and which will be paid in the following manner: ---------------------------

---TWO THOUSAND SIX HUNDRED AND SIXTY-FIVE DOLLARS ($2,665.00) on or before January first of the year two thousand and three (2003) and subsequently the first of January of each year until the full payment of the debt which will be made on or before its fifteen (15) year maturity, since the date of reimbursement; pursuant to deed number forty-three (43) of March twelve (12) nineteen ninety-seven (1997) executed in Caguas, Puerto Rico before Notary Moisés Muñiz Hernández. ------------------------------------

---I ATTEST. ------------------------------------------------------------------

---In Caguas, Puerto Rico on March twelve (12) nineteen ninety-seven (1997).-----------------------------------------------------------------------

---Signed, Sealed, Rubricated and Flourished.----------------------------

- 11 -

---d.   The amount of the same and the mortgage guaranteeing reimbursement by March twelve (12) nineteen ninety-seven (1997) gave an outstanding balance of  TWENTY-FIVE THOUSAND SEVEN HUNDRED AND TWELVE DOLLARS AND THIRTY-THREE CENTS ($25,712.33) which will generate interests at the rate of FIVE PERCENT  (5%) per annum and which will be paid in the following manner: -------------------------------------------------------

---THREE THOUSAND NINE HUNDRED AND SEVENTY-THREE ($3,973.00) on or before January first of the year two thousand and three (2003) and subsequently the first of January of each year until the full payment of the debt which will be made on or before its fifteen (15) year maturity, since the date of reimbursement; pursuant to deed number forty-three (43) of March twelve (12) nineteen ninety-seven (1997) executed in Caguas, Puerto Rico before Notary Moisés Muñiz Hernández. ----------------------------------

---I ATTEST. ----------------------------------------------------------------------

---In Caguas, Puerto Rico on March twelve (12) nineteen ninety-seven (1997).-----------------------------------------------------------------

---Signed, Sealed, Rubricated and Flourished.----------------------------

---SIXTH:  The contracting parties agree in this instrument that this reimbursement agreement does not constitute an obliterated renewal of the existing obligation (debt) and the amendment of the

- 12 -

same under the terms and conditions consigned herein; therefore, it is requested from the Honorable Registrar of the Property that it be evidenced in the inscription of this document. ----------------------------

---SEVENTH:   The appearing parties state that the interest percentage of the loan for purchase of property, permanent improvements or operational expenses guaranteed with this instrument, may be increased by the Farmers Home Administration pursuant to the standing regulation and the terms of the promissory notes. --------------------------------------------------------------------------

--------------------------------ACCEPTANCE----------------------------------

---The appearing parties accept this deed in all its parts having found it in conformity with their instructions and I, the Notary, made the pertinent legal warnings and reservations. ----------------------------

--------------------------------EXECUTION------------------------------------

---It is so stated and executed before me by the appearing parties after having resigned to the right I advised they had to require the presence of instrumental witnesses. -------------------------------------

--------------------------------READING--------------------------------------

---Read by me and by the executing parties they ratify the same and sign it, also placing their initials on each folio of this deed.-------

-- All of which, as well as t he personal knowledge of the appearing parties; ALVIN GONZALEZ RIVERA; -------------------------------------

- 13 -

---Francisco Rosario Galarza, who was identified through Driver's License number seven hundred and fifteen, five hundred and forty-nine (715549);-----------------------------------------------------------------------

---and Lydia Rodríguez Báez, who was identified through Electoral Card number twenty-nine, forty-nine, sixty-five, five (2949655).------

----Said identifications are expedited by the Government of Puerto Rico and the same contain the signatures and photographs of the same, which they voluntarily presented. -------------------------------------

---And by their saying as to their age, civil status, profession and vicinity and everything else I assure or make reference to in this public instrument I, the Notary, ATTEST. -------------------------------------

(Signed) Francisco Rosario Galarza
(Signed) Lydia Rodríguez Báez
(illegible signature)

- 14 -

SIGNED:     ALVIN GONZALEZ RIVERA
            FRANCISCOROSARIO GALARZA
            LYDIA RODRIGUEZ BAEZ

Signed, Sealed, Rubricated and Flourished MOISES MUÑIZ HERNANDEZ, NOTARY PUBLIC.   The corresponding Internal Revenue Stamps and Notary Fee are cancelled and duly stamped the initials of the executing parties on the margin of each and every one of the folios of the original.

I CERTIFY that the preceding is FIRST true and exact copy of its original which under number 43 is in my current notary book, which has 9 folios.   To be delivered to Francisco Rosario Galarza I expedite this document in the same place and date of its execution. I ATTEST.

                              (Signed)
                              NOTARY PUBLIC

Registered volume 1468 Caguas
Folio 126v 11th Inscription
Property 5,953, encumbered
by obligations recorded at the Registry
Caguas, September 11, '97.

(illegible)



16?

Formulario FmHA 1940-17(S)
(Rev. 12-88)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo: OPERACIONES  ☒ Regular<br>☐ Recursos Limitados |
| De acuerdo a:<br>☒ Consolidated Farm and Rural Development Act<br>☐ Emergency Agricultural Credit Adjustment<br>   Act of 1978 |

| Nombre |
| --- |
| FRANCISCO ROSARIO GALARZA |

| Estado | Oficina |
| --- | --- |
| PUERTO RICO | CAGUAS |

| Caso Num. | Fecha |
| --- | --- |
| 63-05-583221513 | 27 FEBRERO 1992 |

| Clave de Fondos | Num. de Prestamo |
| --- | --- |
| 44 | 03 |

| ACCION QUE REQUIERE PAGARE | |
| --- | --- |
| ☐ Préstamo Inicial | ☐ Restructuración |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y Préstamo Subsiguiente | ☐ Consolidación |
| ☐ Venta a Crédito | ☐ Reducción de Deuda |
| ☐ Pagos Diferidos | |
| ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de America, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en ___CAGUAS___

o en otro sitio designado por el Gobierno por escrito, la suma principal de ___VEINTE MIL————————

————————————————   dólares ($ _20,000.00_ ) más intereses sobre el principal adeudado al ――

CINCO  PORCIENTO ( 5 %) anual y ———————————————   dólares ($ ———— )
de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en __8__ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $ 1,945 | en | 1– | 1– | de 19_93_ | $ | en | de 19 |
| $ 8,087 | en | 1– | 1– | de 19_94_ | $ | en | de 19 |
| $ 4,075 | en | 1– | 1– | de 19_95_ | $ | en | de 19 |
| $ 2,075 | en | 1– | 1– | de 19_96_ | $ | en | de 19 |
| $ | en | | | de 19 | $ | en | de |
| $ | en | | | de 19 | $ | en | de |

y $ 2,075 _____ , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero __7 años__ de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Reducción de Deuda", "Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación: (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará aceptará en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede del 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

_Francisco Rosario Galarza_
FRANCISCO ROSARIO GALARZA(Prestatario)

_Lydia Rodriguez Baez_
LYDIA RODRIGUEZ BAEZ          (Prestatario)

(SELLO)

HC-04 BOX 59805
(Dirección del Prestatario)
CAGUAS, P.R.  00725

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ | |

Agricultura                    POSICION 2                  Formulario FmHA 1940-17(S)
                                                                (Rev.12-88)

ANEXO "A"

El importe de este pagaré y la hipoteca que lo garantiza
reamortizado al veintisiete (27) de mayo de mil novecientos
noventa y cuatro (1994) dió un saldo deudor montante a VEINTE
MIL CIENTO CUARENTA Y UN DOLARES CON SESENTA Y UN CENTAVOS --
($20,141.61) la cual devengará intereses al CINCO PORCIENTO -
(5%) anual y la cual habrá de ser pagada en la siguiente forma:
--DOS MIL TREINTA Y CINCO DOLARES ($2,035.00) en o antes del
primero (1) de enero de mil novecientos noventa y cinco (1995)
y DOS MIL TREINTA Y CINCO DOLARES ($2,035.00) en o antes de
cada día primero (1) de enero subsiguiente, excepto el pago
final del total de la deuda aquí asumida se hará en o antes
de los catorce (14) años desde la fecha de esta reamortización
según resulta de la escritura número cincuenta y cinco (55)--
de fecha veintisiete (27) de enero de mil novecientos noventa
y cuatro (1994) ante el notario Moisés Muñiz Hernández.
--DOY FE.
--En Caguas, Puerto Rico a  veintisiete (27) de mayo de mil
novecientos noventa y cuatro (1994).

MOISES MUÑIZ HERNANDEZ
NOTARIO PUBLICO

ANEXO "B"

El importe de este y la hipoteca que lo garantiza reamortizado al doce (12) de marzo de mil novecientos noventa y siete (1997) dió un saldo deudor montante a DIECIOCHO MIL SEISCIENTOS CINCUENTA Y CUATRO DOLARES CON NOVENTA Y NUEVE CENTAVOS ($18,654.99) la cual devengará interedes al CINCO PORCIENTO (5%) anual y la cual habra de ser pagada en la sigueinte forma:

CUARENTA Y SEIS DOLARES ($46.00) en o antes del primero de enero del año mil novecientos noventa y ocho (1998) hasta el primero de enero del año dos mil dos (2,002); y DOS MIL OCHOCIENTOS CINCUENTA Y SEIS DOLARES ($2,856.00) en o antes del primero de enero del año dos mil tres (2,003) y subsiguientemente en o antes del primero de enero de cada año hasta el pago total de la deuda el cual se hará en o antes de su vencimiento a quince (15) años desde la fecha de rea-mortización; según resulta de la escritura número cuarenta y tres (43) del día doce (12) de marzo de mil novecientos noventa y siete (1997) otorgada en Caguas, Puerto Rico ante el notario Moisés Muñiz Hernández.

En Caguas, Puerto Rico a doce (12) de marzo de mil novecientos noventa y siete (1997).

MOISES MUÑIZ HERNANDEZ

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 12-88)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| | |
|---|---|
| Name:<br>FRANCISCO ROSARIO GALARZA | KIND OF LOAN<br>Type:  Operations<br>    ☒ Regular<br>    ☐ Limited Resource<br>Pursuant to: |
| State: PUERTO RICO     Office: CAGUAS<br>Case no. 63-05-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    Date: February 27, 1992<br>Fund Code:            Loan no.<br>       44              03 | ☒ Consolidated Farm & Rural<br>Development Act<br>☐ Emergency Agricultural  Credit<br>     Adjustment Act of 1978 |

ACTION REQUIRING NOTE
☐ Initial loan
☒ Subsequent loan
☐ Consolidated & subsequent loan
☐ Consolidation

☐ Rescheduling
☐ Re amortization
☐ Credit sale
☐ Deferred payments

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in, <u>CAGUAS</u>, or at such other place as the Government may later designate in writing, the principal sum of <u>TWENTY THOUSAND</u> DOLLARS ($20,000.00), plus interest on the unpaid principal balance at the RATE of <u>FIVE</u> PERCENT (5%) per annum and _____ ($_____) of no capitalized interest.  If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE

OF INTEREST, in accordance with regulations of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.  The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 8 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| $ | 1,945 | on | 1-1-93 | $ | on |
|---|-------|----|--------|---|-----|
|   | 8,087 |    | 1-1-94 |   |    |
|   | 4,077 |    | 1-1-95 |   |    |
|   | 2,075 |    | 1-1-96 |   |    |
|   |       |    |        |   |    |
|   |       |    |        |   |    |

And $2,075 thereafter on of each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid shall, be due and payable 7 years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.  Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.  Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the

end of this note.    Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, re-amortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.    Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.    If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.

While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an

installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Re-amortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or re-amortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or re-amortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT: Borrower recognizes that the loan described in this note will be default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or the conversion of wetlands to produce an agricultural commodity as

further explained in 7 CFR Part 1940, Subpart G, Exhibit M.  If (1) the term of the loan exceeds Januany 1, 1990, but not January 1, 1995mm and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements.  Furthermore, if the term of the loan exceeds January 1,1995, Borrower further agrees that Borrower must demonstrate prior to January 1,1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default hereunder.  UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured

by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "King of Loan" block above. This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentation, protest, and notice are hereby waived.

(SEAL)

(Sgd.) Francisco Rosario Galarza
(BORROWER)

Lydia Rodríguez Baéz
(Co- BORROWER)

HC-04 Box 49805

Caguas, P.R. 00625-9648

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL $ | | | | | |

ENCLOSURE "A"

The amount of this promissory note and the mortgage guaranteeing it re-amortized as of May 27, 1994 came up with an outstanding balance of $20,141.61, which shall earn interests at a rate of 5% per year and which shall be paid in the following manner:

$2,035.00 on or before January 1, 1995 and $2,035.00 on or before each subsequent January 1, except the final payment of the total of the debt herein assumed, which shall be done on or before 14 years from the date of this re-amortization as it results from deed number 55, dated January 27, 1994 before Notary Public Moisés Muñíz Hernández.

I SO ATTEST.

In Caguas, Puerto Rico, today May 27, 1994.

(sgd.) MOISÉS MUÑÍZ HERNÁNDEZ

NOTARY PUBLIC

(NOTARY PUBLIC SEAL)

ENCLOSURE "B"

The amount of this promissory note and the mortgage guaranteeing it as of March 12, 1997, came up with an outstanding balance of $18,654.99 which shall earn interests at a rate of 5% per year and which shall be paid in the following manner:

$46.00 on or before the first of January of 1998, up to January 1, 2002; and $2,856.00 on or before January 1, 2003 and subsequently thereafter on or before January 1 of each year until the total payment of the debt which shall be made on or before its due date fifteen years after the re-amortization date; as it results from deed # 43 dated March 12, 1997, subscribed in Caguas, Puerto Rico before Notary Public Moisés Muñíz Hernández.

In Caguas, Puerto Rico, today May 12, 1997.

(sgd.) MOISÉS MUÑÍZ HERNÁNDEZ

NOTARY PUBLIC

(NOTARY PUBLIC SEAL)



ormu FmHA 427-1(S) PR
Rev. 10-82)

---------------------------NUMERO---------------------------
NUMBER   DOCE

------------------HIPOTECA VOLUNTARIA------------------
VOLUNTARY MORTGAGE

En   la ciudad de Caguas, Puerto Rico a los veintisiete (27) días
In

de febrero de mil novecientos noventa y dos (1992).---------------

---------------------------ANTE MI---------------------------
BEFORE ME

------------------MOISES MUÑIZ HERNANDEZ------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in

y oficina en
and office in     CAGUAS------------------   Puerto Rico.

---------------------------COMPARECEN---------------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage---------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.---------------------------
appear from said paragraph.---------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.---------------------------
statements which I believe to be true of their age, civil status, profession and residence.---------------------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.---------------------------
voluntary   mortgage.---------------------------

---------------------------EXPONEN---------------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".---------------------------
hereinafter referred to as "the property".---------------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.---------------------------
specified in paragraph ELEVENTH herein.---------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States---

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,---------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo ... préstamos evide...do por uno o más pagarés o ... enio ... sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————————

hayan estimado sobre la propiedad hipotecada.———————————————————————
estimated against the property.—————————————————————————————————————

CUARTO: Se sobreentiende que:————————————————————————————————————————
FOURTH: It is understood that:——————————————————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————————

das.————————————————————————————————————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——————

prestamista asegurado.———————————————————————————————————————————————————
will be the insured lender.——————————————————————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————————————————————————
and interest.————————————————————————————————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————————————————————————
ments on the note, to be designated the "annual charge".————————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————————



- 2 -

orma FmHA 427-1(S) PR
Rev. 10-82)

quier, otros   relación con dicho préstamo   como también   s beneficios
others in con    ion with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

J.R.D.
L.R.B.

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in



- 3 -

subpárrafo (     del párrafo  1   /ENO de este instrumento y     a:  rar el
subparagraph (1.  .) of paragraph NI?:/H hereof, and to secure the———————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor———————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or ————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and——————————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac:ee-
thereon before and after maturity until paid, losses sustained by the———————————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—————————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of —————————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—— ————————

adicional especificada en el párrafo NOVENO de este documento.——————————————
amounts as specified in paragraph NINTH hereof.———————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————————————



- 4 -

ma. FmHA 427-1(S) PR
v. 10-82)

aquí ga    tiza    indemnizar y conservar libre o pérdida al acre    hipotecario
to the mortgagee    eby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————————

hipotecario como agente cobrador del tenedor del mismo.———————————————
as collection agent for the holder.————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal———————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by—————————————

reglamentos de la Administración de Hogares de Agricultores.———————————
regulations of the Farmer's Home Administration.—————————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less———————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————————

*F.R.G.*

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.—————

*L.R.B.*

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited—————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.—————————
by the mortgagee for the account of the mortgagor.—————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del
subparagraph shall bear interest at the rate of    ————————————————

CINCO ———— por ciento (  ———5   %)———————————————
            per cent  (  ———5   %)———————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.———————————————————————————
to the mortgagee.————————————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any———————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the—————————



el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor———————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any———————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————
determines.————————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.—————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—————————

tecario bajo los términos de esta hipoteca.————————————————————————
under the terms of this mortgage.————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.————————————————————————————
approved by mortgagee.———————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all- — — — — — ———

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor— — — — ———

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edifi___o mejora en los bienes, ni cortará ni removerá m____a de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————

tiempo pueda prescribir.——————————————————————————
time may prescribe.——————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————

ción o al arrendamiento.——————————————————————
or lease.——————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations——————

que afecten los bienes o su uso.——————————————————
affecting the property or its use.——————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————

deudor hipotecario de los convenios de esta hipoteca.——————————
mortgagor of the covenants of this mortgage.——————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.

*F.R.S.*
*L.R.B.*

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——————



- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o ~ ~ienes o parte de ellos o cualquier interés en los m~ ~os fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgage is————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)



de solicitar la protección de la ley.————————————————————————
request the protection of the law.————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————

rarios de abogado.————————————————————————————
attorney's fees.————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————



- 9 -

negociar con ____eudor hipoteca__ o conceder al deudor hipote____ cu__quier
deal in any way with mortgagor or grant to mortgagor any—————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————

dichos bienes.————————————————————————————————
said property.————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,—————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,—————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————

constituirá incumplimiento de esta hipoteca.——————————————————
constitute default hereunder.————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the—————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————

especifica más adelante.————————————————————————————
hereinafter.————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee—————————



- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el i orte cualquier sentencia obtenido r expropiación osa para uso
the a unt judgment obtained by reason of condemnation proceeding public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment———————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so——————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this——————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.—————
mortgage, and if any amount then remains, will pay such amount to mortgagor.————

SÉPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————————

de ejecución de esta hipoteca; de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————————

de VEINTICINCO MIL DOLARES ($25,000.00).————————————————————
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be———————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the———————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————

y aseguramiento del préstamo antes mencionado.————————————————
insuring of the loan hereinbefore mentioned.————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————————

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,

VEINTE MIL———————————————————— DOLARES ($ 20,000.00——}
DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

CINCO———————————————— por ciento ( ——5 o/o) anual;
per cent ( o/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestami... asegurado:
Two. At all times when said note is held by an insured lender:

(A)
(A)

VEINTE MIL—————————————————— DOLARES ($ 20,000.00)
                                  DOLLARS  ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos segun
by reason of mortgagor's failure to pay the installments as————————————

se especifica en el pagaré, con intereses según se e.pecifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————

Tercero;—————————————————————————————————
Three;—————————————————————————————————

(B)
(B)

TREINTA MIL——————————————— DOLARES ($ 30,000.00)—~
                                DOLLARS  ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————

sufrir bajo su seguro de pago del pagaré.—————————————————
sustain under its insurance of payment of the note;————————————————

Tres. En cualquier caso y en todo tiempo;————————————————
Three. In any event and at all times whatsoever:————————————————

(A)  OCHO MIL DOLARES———————————————————
(A)

($  8,000.00————————— ) para intereses después de mora:————————
($                        ) for default interest;————————————————

(B)  CUATRO MIL DOLARES——————————————————
(B)

{  $4,000.00—————— ) para contribuciones, seguro y otros adelantos para la con-
                        ) for taxes, insurance and other advances for the preservation-;—

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————

SEXTO, Tercero;—————————————————————————
SIXTH, Three;—————————————————————————

(C)  DOS MIL DOLARES————————————————————
(C)

($  2,000.00——————— ) para costas, gastos y honorarios de abogado en caso
($                        ) for costs, expenses and attorney's fees in case——— ————

de  ejecución;——————————————————————————
of  foreclosure:——————————————————————————

(D)  DOS MIL DOLARES————————————————————
(D)

($                        ) para costas y gastos que incurriere el acreedor hipoteca-
($2,000.00————————  ) for costs and expenditures incurred by the mortgagee in ——

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as——————

se consigna en el párrafo SEXTO, Trece.—————————————————
provided in paragraph (SIXTH, Thirteen.————————————————

F.R.B.

L.R.B.

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DEC. O: C     1 (los) pagaré(s) a que se hace    ferencia en el    fo TERCERO
TENTH: That    note(s) referred to in paragraph THIRD——————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————————
of this mortgage is(are) described as follows:————————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number   sesenta y tres, cero cinco, quinien-

tos ochenta y tres, veintidos, quince, trece——————————————————

(63-05-583221513)————————————————— fechado el día          veintisie-
                                                dated the

te (27)————————— de        febrero————————— de mil novecientos—————
                  day of                       nineteen hundred and

noventa y dos (1992)————— por la suma de   VEINTE MIL ————————————
                            in the amount of

————————————————————($20,000.00)——————————— dólares de principal más
                                                            of principal plus

intereses sobre el balance del principal adeudado a razón del ———————————————
interest over the unpaid balance at the rate of

                                                (       ) por ciento anual,
—————————————————CINCO————————— (  ———5% ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ———————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due ———————————————

7. R. B.
L. R. B.

a los          SIETE (7),——————————————————————————
and payable

años de la fecha de este pagaré.——————————————————————————
years from the date of this promissory note.——————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.—————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.—————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:———————————————
voluntary mortgage is constituted, is described as follows:——————————————————



RUSTICA: Granja marcada con el número ciento sesenta y cuatro (164) del plano levantado por el departamento de lo Interior radicada en el Barrio San Salvador del término Municipal de Caguas, Puerto Rico, compuesta de veintisiete cuerdas con -- ochenta y cuatro centésimas de otra, equivalentes a diez hectá- reas, noventa y cuatro áreas y ocho centiáreas.---------------

--Colinda por el Norte, con José del Carmen Reyes; por el Sur, con la parcela número ciento sesenta y tres; por el este, con cuchilla divisoria Barrio Espino San Lorenzo, Caguas; y por el Oeste, con Francisco Figueroa.----------------------------

--Se halla afecta a una hipoteca a favor de los Estados Unidos de América o a su orden por la suma de DOS MIL DOLARES ($2,000.00) de principal.---------------------------------------------------

--Y a otra hipoteca a favor de los Estados Unidos de América, o a su orden por la suma de TRES MIL DOLARES ($3,000.00) de principal.

------------------------------------------------------------

**Adquirió el prestatario la descrita finca por**
Borrower acquired the described property by      Donación-----------------------

**según consta de la Escritura Número**
pursuant to Deed Number          treinta y cinco (35)---------------

**de fecha**
dated      veinte (20) de septiembre de mil novecientos ochenta y ocho

(1988)------------------------------------------------------------      *F.R.G*

**otorgada en la ciudad de**
executed in the city of      Río Piedras, Puerto Rico---------------------      *L.R.B*

**ante el Notario**
before Notary      Francisco Solis Scharon.-------------------------

**Dicha propiedad se encuentra**
Said property is          inscrita al folio doscientos sesenta y

cuatro (264) del tomo mil trescientos cuarenta y uno (1,341) de

Caguas, finca cinco mil novecientos cincuenta y tres (5,953).--

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -----------------

carios      FRANCISCO ROSARIO GALARZA, Seguro Social '     ...3 y DOÑA
are      LYDIA RODRIGUEZ BAEZ, Seguro Social          , mayores de edad, casados entre sí, propietarios y vecinos de Caguas, Puerto Rico.

**cuya dirección postal es:**
whose postal address is:      HC-04  Box 59805, Caguas, Puerto Rico 00725-

9648.------------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-------

14

CERTIFIED TRANSLATION

TRANSLATOR'S NOTE:

The following is the Spanish language portion of the Form  FmHA 427-1(S) PR (Rev. 10-82).

DEED 12

> RURAL:  Farm marked with number one hundred and sixty-four (164) of the blueprint made by the Department of the interior recorded at San Salvador Ward of the municipal term of Caguas, Puerto Rico, comprised by TWENTY-SEVEN CUERDAS WITH EIGHTY-FOUR HUNDREDTH OF ANOTHER (27.84cds.) equivalent to ten hectares, ninety-four areas and eight centiares.

> Bordering on the North with José del Carmen Reyes; on the South with lot number one hundred and sixty-three; on the East with dividing knife Espino Ward of San Lorenzo, Caguas, and on the West with Francisco Figueroa.

Borrower acquired the described property by Donation (Page 14)

Pursuant to Deed Number Thirty Five (35) (Page 14)

Dated September 20, 1988. (Page 14)

Before Notary Francisco Solis Scharon (Page 14)

Said Property is recorded at folio two hundred and sixty-four (264) of book one thousand three hundred and forty-one (1,341) of Caguas, property five thousand nine hundred and fifty-three (5,953).  (Page 14)

The Parties appearing in the present deed as Mortgagors DON FRANCISCO ROSARIO GALARZA, Social Security ___ ____ and DOÑA LYDIA RODRÍGUEZ BAÉZ, Social Security ____ of legal age, married to each other, owners and residents of Caguas, Puerto Rico 00725-9648.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la(s) finca(s) descrita(s).--------------------------------------------
installations on the described farm(s).--------------

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.-----------------------------------------------------
the foreclosure of the mortgage.-----------

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.------------------------
owners or by their assignees or successors.-----------

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1551).--------------------------------------------------------------
L.P.R.A. 1551.-----------

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



J.R.B.
L.R.B.

- 15 -

fondos del pré... o aquí garant do, se considerará e interprete... ... arte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECI IO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)



--VIGESIMO PRIMERO: Dicho préstamo será utilizado para la siembra

de platanos, pastos y el arreglo de caminos y verjas.

--VIGESIMO SEGUNDO: El compareciente Francisco Rosario Galarza,

fue identificado mediante la Licencia de Conducir número seteci-

entos quince, quinientos sesenta y nueve (715569); y la compare-

ciente Lydia Rodríguez Báez fue identificada mediante la Tarjeta

Eléctoral número doscientos noventa y cuatro, noventa y seis, --

cincuenta y cinco (2949655).



------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

-Dichas identificaciones son expedidas por al Gobierno de Pu-
erto Rico y en las mismas constan la fotografía y firma de -
estos.------------------------------------------------------
------------------------------------------------------------
-------------------------ACEPTACION-------------------------
-------------------------ACCEPTANCE-------------------------
--El (los) comparecientes ACEPTAN esta escritura en forma re-
---The appearing party (parties) ACCEPT(S) this deed in the

dactada una vez yo, el Notario autorizante, le (les) hice las
manner drawn once, I the authorizing Notary, have made to him

advertencias legales pertinentes.---------------------------
(them) the pertinent legal warnigns.------------------------

-Así lo dicen y otorgan ante mí, el Notario autorizante, el
So they say execute before me, the authorizing Notary, the



(los) comparecientes(s) sin requerir la presencia de testigos
appearing party (parties) without demanding the presence of

después de renunciar su derecho a ello del que le(s) advertí.
witnesses after waiving his (thier) right to do so of which

I advised him (them).---------------------------------------

--Después de ser leída esta escritura por el (los) compare-
---After this deed was read by the appearing party (parties)

ciente(s), se ratifica(n) en su contenido, pone(n) sus incia-
he (they) ratify is contents, place(s) his (their) initial on

les en cada uno de los folios de esta escritura incluyendo el
each of the folios of this deed including the last one, and

último y la firma(n) todos ante mí, el Notario autorizante,
all sign before me, the authorizing Notary who GIVES FAITH

que DOY FE de todo el contenido de esta escritura.----------
to everything contained in this deed.-----------------------

*Francisco Rosán Irorop*

*Lydia Rodriguez Báez*

TWENTY-FIRST:  Said loan shall be used for the seeding of plantains, feeds and the fixing of roads and fences.

TWENTY-SECOND:  Appearing party Francisco Rosario Galarza, was identified through Driver's License # 715569; and appearing party Lydia Rodríguez Báez was identified by means of Electoral Card # 2949655.

SIGNED: FRANCISCO ROSARIO GALARZA
LYDIA RODRÍGUEZ BAÉZ

RUBBER STAMP

Signed, sealed, flourished and rubricated by Moises Muñiz Hernández – Notary Public.  There appear cancelled the corresponding Internal Revenue Stamps and the initials of the grantors on the margin of each and every page of the original.

I CERTIFY that the preceding is the first true and exact copy of its original which under number 40 appears in my protocol, which has 9 pages (in its original Spanish version).  To deliver to Francisco Rosario Galarza, I issue this document on the same date of its granting.  I SO ATTEST.

(sgd.) Illegible
Notary Public

(NOTARY PUBLIC SEAL)

(HANDWRITTEN)

This mortgage was registered on page 265 of volume 1,341 of Caguas, 7th registration of lot # 5,953. Liens: affected by two mortgages on behalf of the U.S.A. represented by the Farmers' Home Administration in the amount of $2,000.00 of principal the first and the second on the amount of $3,000.00 as principal; as registered on the 5th and 6th registrations and to the mortgage constituted herein.

Caguas, March 6, 1992.

                         (sgd.) Illegible
                         Registrar
No fees

(OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, CAGUAS SECTION)

Formulario FmHA 1940-17(S)
(Rev. 10-89)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo: Emergencia ☒ Regular |
| S769          ☐ Recursos Limitados |
| De acuerdo a: |
| ☐ Consolidated Farm and Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre Francisco Rosario Galarza |
| --- |
| Estado      Oficina |
| Puerto Rico   Caguas |
| Caso Num.              Fecha |
| 63-05-583221513   28 noviembre 1994 |
| Código de Fondos   Num. de Prestamo |
| 43              02 |

| ACCION QUE REQUIERE PAGARE | |
| --- | --- |
| ☐ Préstamo Inicial | ☐ Restructuración |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y Préstamo Subsiguiente | ☐ Consolidación |
| ☐ Venta a Crédito | ☐ Reducción de Deuda |
| ☐ Pagos Diferidos | |
| ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en   Caguas, Puerto Rico

o en otro sitio designado por el Gobierno por escrito, la suma principal de VEINTE MIL---------

------------ dólares($20,000.00   ) más intereses sobre el principal adeudado al tres y tres

Cuarto PORCIENTO (3.75%) anual y      N/A      dólares ($  N/A   ) de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo") el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en 11 plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $ 70.00 | en | 1 enero | de 19 95 | $ | | en | | de 19 |
| $ 2,436.00 | en | 1 enero | de 19 96 | $ | | en | | de 19 |
| $ | en | | de 19 | $ | | en | | de 19 |
| $ | en | | de 19 | $ | | en | | de 19 |
| $ | en | | de 19 | $ | | en | | de |
| $ | en | | de 19 | $ | | en | | de |

y $ 2,436.00      , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero Diez (10) años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos       ipulados o cualquier parte de los mismos,       rán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de aborrarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación: (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista era una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

FRANCISCO ROSARIO GALARZA (Prestatario)

LYDIA RODRIGUEZ BAEZ (Prestatario)

(SELLO)

HC-04 BOX 49805
(Dirección del Prestatario)

Caguas, P.R. 00725

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ | |

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
(Rev. 10-89)

ANEXO "A"

El importe de este y la hipoteca que lo garantiza reamortizado al doce (12) de marzo de mil novecientos noventa y siete (1997) dió un saldo deudor montante a DIECIOCHO MIL NOVECIENTOS SETENTA Y TRES DOLARES CON NOVENTA Y SIETE CENTAVOS ($18,963.97) la cual devengará intereses al TRES Y TRES CUARTO PORCIENTO (3.75%) anual y la cual habrá de ser pagada en la siguiente forma:

DOS MIL SEISCIENTOS SESENTA Y CINCO DOLARES ($2,665.00) en o antes del primero de enero del año dos mil tres (2,003) y subsi-guientemente en o antes del priemro de enero de cada año hasta el pago total de la deuda el cual se hará en o antes de su vencimiento a quince (15) años desde la fecha de reamortización; según resulta de la escritura número cuarenta y tres (43) del día doce (12) de marzo de mil novecientos noventa y siete (1997) otorgada en Caguas, Puerto Rico ante el notario Moisés Muñiz Hernández.

DOY FE.

En Caguas, Puerto Rico a doce (12) de marzo de mil novecientos noventa y siete (1997).

NOTARIO PUBLICO

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ                    EM 43-05
State Executive Director          (43-02)

CERTIFIED TRANSLATION

USDA-FmHA
Form FmHA 1940-17
(Rev. 10-89)

## PROMISSORY NOTE

| Name: Francisco Rosario Galarza | | KIND OF LOAN<br>Type:  Emergency S769 |
|---|---|---|
| State:<br>Puerto Rico | Office:<br>Caguas | ☒ Regular<br>☐ Limited Resource |
| Case no.<br>63-05-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 | Date:<br>November 28, 1994 | Pursuant to : |
| Fund Code<br>43 | Loan no.<br>02 | ☐ Consolidated Farm & Rural<br>   Development Act<br>☐ Emergency Agricultural  Credit<br>   Adjustment Act of 1978 |

| ACTION REQUIRING NOTE | |
|---|---|
| ☐ Initial loan | ☐ Rescheduling |
| ☒ Subsequent loan | ☐ Re-amortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |
| ☐ Conservation easement | ☐ Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in ___Caguas,___  ___Puerto Rico,___  or at such other place as the Government may later designate in writing, the principal sum of TWENTY THOUSAND DOLLARS ($20,000.00), plus interest on the unpaid principal balance at the RATE of Three and Three Fourth PERCENT (__3.75%__ per annum and ___N/A___ dollars ($___N/A___) of Non-capitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in accordance with regulations

of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.   The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in <u>11</u> installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| $ | 70.00 | on | January 1, 1995 | $ | | on |
| | 2,436.00 | | January 1, 1996 | | | |

And $<u>2,436.00</u> thereafter on each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid shall, be due and payable <u>Ten (10)</u> years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.   Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.   Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note.   Borrower authorizes the Government to enter the amount(s) and date(s)of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 C.F.R. &1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.  While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any

prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Re-amortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or re-amortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION)  AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT: Borrower recognizes that the loan described herein will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or the conversion of wetlands to produce an agricultural commodity as

further explained in 7 CFR Part 1940, Subpart G, Exhibit M.  If (1) the term of the loan exceeds Januany 1, 1990, but not January 1, 1995mm and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements.  Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement hereunder shall constitute default this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default under this note. UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured

by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are hereby waived.

(SEAL)                              (Sgd.) Francisco Rosario Galarza
                                                                      (BORROWER)

                                      Lydia Rodríguez Baéz
                                                                    (Co- BORROWER)

                                      HC-04 Box 49805

                                      Caguas ,P.R. 00725

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL  $ | | | | | |

ENCLOSURE "A"

The amount of this promissory note and the mortgage guaranteeing it re-amortized as of March 12, 1997 came up with an outstanding balance of $18,963.97, which shall earn interest at 3.75% and which shall be paid in the following manner:

$2,665.00 on or before of January 1, 2003 and subsequently thereafter on January 1 of each year up to the total payment of the debt which shall be made on or before its due date fifteen (15) years after the re-amortization date; as it results of deed # 43 dated March 12, 1997, subscribed in Caguas, Puerto Rico before Notary Public Moisés Muñíz Hernández.

I SO ATTEST.

In Caguas, Puerto Rico, March 12, 1997.

(OFFICIAL NOTARY PUBLIC SEAL)

(sgd.) Illegible

NOTARY PUBLIC



Form FmHA 427-1(S) PR
(Rev. 10-82)

182

----NUMERO CIEN D OCHENTA----
NUMBER

------HIPOTECA VOLUNTARIA------
VOLUNTARY MORTGAGE

En Caguas, Puerto Rico a los veintiocho (28) días de
In

noviembre de mil novecientos noventa y cuatro (1994).

------ANTE MI------
BEFORE ME

------MOISES MUÑIZ HERNANDEZ------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Caguas---------- y oficina en Caguas---------- Puerto Rico.
and office in

------COMPARECEN------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.------
voluntary mortgage.

------EXPONEN------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo o préstamos evidencia   por ur   más pagarés o convenio d
a loan or loans evidenced by one or mor   romissor   e(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended

das.



(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

orma FmHA 427-1(S) PR
Rev. 10-82),

quier ros en rel n con dicho préstamo    como también a los   ficios
others ... connection (    said loan, as well as any ...nefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.——————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness

na FmHA 427-1(S) PR
(. 10-82)

aquí ga[...] izada e in[...] izar y conservar libre d[...] érdida al acreedor hipo[...] ario
to the mortgagee hereby [...]ed and to indemnify and sa[...] harmless the mortgagee ag[...] any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgage on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del
subparagraph shall bear interest at the rate of    tres y tres cuartos

                          por ciento (        %)
                          per cent    (--3.75  %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

el deudor hipotecario dejado de pagar por
mortgagor's failure to pay the same, shall bear i... mismos, devengará intereses a razón
...t at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

885

gún edificio o mejora en los bienes, ni cortará ni removerá mad.. .e de la finca.
any building or .. ovement on the property, and will he cut or remove woo... .rom the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time ---- ----

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time, Mortgagor shall comply with such farm conservation practices ---

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir. ------------------------------
time may prescribe.------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor-- ---------

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento. ----------------------------
or   lease. ---------------------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,--------

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the ---

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations -- ---

que afecten los bienes o su uso. ---------------------
affecting the property or its use. --------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times----

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not----  ---

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall--

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened--

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the---------------

deudor hipotecario de los convenios de esta hipoteca. ------------------
mortgagor of the covenants of this mortgage.----------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession-----------

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify---------------

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option ---------

- 7 -

podra instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesion de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer termino a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aqui garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y terminos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relacion con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aqui contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesion en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FmHA 427-1(S) PR
(Rev. 10-82)

886

does, o los bien     parte de ellos o cualquier interés en los mismos fu     cedidos,
creditors, or should ... property or any part thereof or interest therein be assigned,—

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is———————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and——————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————
request the protection of the law.——

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements———

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and———————

rarios de abogado.——————————————————————————————
attorney's fees.————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered to

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement, (two)—

- 9 -

negociar con el deudor hipotecario    conce⸍    al deudor hipotecario cualqu..r
deal in any way with mortgagor or grant to mortgago

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

887

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment-------------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so--------  -----

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this---------------------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.-----
mortgage, and if any amount then remains, will pay such amount to mortgagor.-----------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case-------------------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,-----

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount--------------------

de   CUARENTA Y SEIS MIL CIENTO SESENTA Y UN DOLARES CON
of

SESENTA Y UN CENTAVOS ($46,161.61).---------------------------

OCTAVO: El deudor hipotecario por el presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be-----------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the-----

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations--------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the-----------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making of--------

y aseguramiento del préstamo antes mencionado.-----------------------
insuring of the loan hereinb. fore mentioned.---------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:-----
NINTH: The amounts guaranteed by this mortgage are as follows:------------------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of--- -------------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee--------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,          --------------

----------------------VEINTE MIL     DOLARES ($ 20,000.00 )
                                    DOLLARS (                    )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

tres y tres cuartos--------   por ciento (        º/o) anual;
                            per cent  (      --3.75º/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es ____ ido por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)
(A)

VEINTE MIL--------------------       DOLARES ($ 20,000.00)
                                     DOLLARS  ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender----   --- ------ ---

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as----------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,---------------

Tercero;-------------------------------------------------------------
Three;----------------------------------------------------------------

(B)
(B)

TREINTA MIL---------------------     DOLARES ($ 30,000.00)
                                     DOLLARS  ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.------------------------------------
sustain under its insurance of payment of the note;-------------------------

Tres. En cualquier caso y en todo tiempo;----------------------------
Three. In any event and at all times whatsoever:-----------------------



(A)
(A)      OCHO  MIL DOLARES------------------------------------

($                                   ) para intereses después de mora;-----------
($ 8,000.00------                    ) for default interest;-----------------

(B)
(B)      CUATRO MIL DOLARES------------------------------------

(                                    ) para contribuciones, seguro y otros adelantos para la con-
( $4,000.00----                      ) for taxes, insurance and other advances for the preservation;---

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph-----------

SEXTO, Tercero;------------------------------------------------------
SIXTH, Three;--------------------------------------------------------

(C)
(C)  DOS MIL DOLARES -----------------------------------------

($                                   ) para costas, gastos y honorarios de abogado en caso
($ 2,000.00-------                   ) for costs, expenses and attorney's fees in case-----   -----

de  ejecución;------------------------------------------------------
of  foreclosure;----------------------------------------------------

(D)
(D)  DOS MIL DOLARES------------------------------------------

($                                   ) para costas y gastos que incurriere el acreedor hipoteca-
($ 2,000.00------                    ) for costs and expenditures incurred by the mortgagee in ----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with-----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as----

se consigna en el párrafo SEXTO, Trece.------------------------------
provided in paragraph (SIXTH, Thirteen.------------------------------

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

888

DÉCIMO: Qué (los) pagaré(s) a que se hace referencia en el pár    TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number sesenta y tres, cero cinco, qui-

nientos ochenta y tres, veintidós, quince, trece,————————
                                                  fechado el día
(63-05-583221513)————————————————————   dated the        veinti-

ocho (28)———— de noviembre———————— de mil novecientos————
              day of                         nineteen hundred and

noventa y cuatro (1994) por la suma de   VEINTE MIL—————————
                         in the amount of

————————————————($20,000.00)————   dólares de principal más
                                                       of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of

                                                    tres y tres ———

cuartos ————————————— ( ———3.75%    )por ciento anual,
                                           percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
debt herein evidenced, if not sooner paid, will be due

a los      DIEZ (10)————————————————————————
and payable

años de la fecha de este pagaré.———————————————————
years from the date of this promissory note.—

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDÉCIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows

- 13 -

--RUSTICA: Granja marcada ɔn el ̄mero ciento sesenta y
cuatro (164) del plano levantadɔ ̄r el Departamento de
lo  Interior radicado en el Barrio San Salvador del tér-
mino Municipal de Caguas, Puerto Rico, compuesto de --
veintisiete cuerdas con ochenta y cuatro centésimas de -
otra equivalente a diez hectáreas, noventa y cuatro --
áreas y ocho centiáreas.  Colinda por el Norte, con José
del Carmen Reyes; por el Sur, con la parcela número --
ciento sesenta y tres; por el Este, con cuchilla diviso-
ria Barrio Espino de San Lorenzo, Caguas; y por el ---
Oeste, con Francisco Figueroa.----------------------

--Consta inscrita al folio doscientos sesenta y cinco --
(265) del tomo mil trescientos cuarenta y uno (1,341), -
finca cinco mil novecientos cincuenta y tres (5,953).---

Adquirió el prestatario la descrita finca por
Borrower acquired the described property by       Donación-----------------

según consta de la Escritura Número
pursuant to Deed Number        treinta y cinco  (35)---------

de fecha
dated     veinte (20) de septiembre de mil novecientos ---

ochenta y ocho (1988)----------------------------------

otorgada en la ciudad de
executed in the city of   Río Piedras, Puerto Rico-----------------

ante el Notario
before Notary     Francisco Solís Scharon.----------------

Dicha propiedad se encuentra
Said property is          afecta a tres hipotecas a favor de
Farmers Home Administration por las sumas de, DOS MIL

DOLARES ($2,000.00); TRES MIL DOLARES ($3,000.00) Y VE-

INTIUN MIL CIENTO CUARENTA Y UN DOLARES CON SESENTA Y UN

CENTAVOS ($21,141.61), respectivamente.-----------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors --------------------

carios
are   FRANCISCO ROSARIO GALARZA, Seguro Soci

   - y LYDIA RODRIGUEZ BAEZ, Seguro Social              ,

mayores de edad, casados entre sí, propietarios y vecinos
de Caguas, Puerto Rico.----------------------------------
cuya dirección postal es:
whose postal address is:    HC-04 Box 49805, Caguas, Puerto Rico

00725.--------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used -- -----

14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícola___ a construcción y/o reparación y/o mejoras de las i___ aciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).————————————————————————————————————
installations on the described farm(s).———————————————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———————

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause—————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————————

ejecución de la hipoteca.——————————————————————————————————————
the foreclosure of the mortgage.———————————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción————
FIFTEENTH: This mortgage expressly extends to all construction—————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the—————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present————

dueños deudores o por sus cesionarios o causahabientes.———————————————————
owners or by their assignees or successors.————————————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——————————

representantes a favor del acreedor (Administración de Hogares de Agricultores),
representatives in favor of the mortgagee (Farmers Home Administration)————————

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead Right (Homestead) that presents in the future————————————————

pudiera constar en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——————————

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed, this waiver being permitted————————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen———————————

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——————————

L.P.R.A. 851).——————————————————————————————————————————
L.P.R.A. 851).————————————————————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTH: Mortgagee and mortgagor agree that any———————————————————

quier estufa, horno calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————————



fondos del préstamo aquí garantiza... se c... declara e interpretara como p...e
funds of the loan herein guaranteed will be conside... d understood to form part ...

de la propiedad gravada por esta Hipoteca -------------------------------
of the property encumbered by this Mortgage ---

DECI:10 OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move ---

y a ocupar la propiedad objeto de esta escritura dentro de los proximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspeccion final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances---

vistas fuera del control del deudor hipotecario que le impidiera mudarse, este lo
beyond his control which would impede him to do so, he will---

notificara por escrito al Supervisor Local. ------------------
notify it in writing to the County Supervisor. ---

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed---------

en dicha finca durante la vigencia antes mencionada debera ser construida previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations----------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the referral and---

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern---

estos tipos de préstamos.---------------------------
these types of loans.------------------

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of ---

cualquier crédito por intereses o subsidio que pued. otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrowers(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two-----------------------------

de Estados Unidos Sección Mil Cuatrocientos Noventa-a (42 U.S.C. 1490a) ----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)------------------

16

890

--VIGESIMO--
--PRIMERO:   Para fines del Registro de la Propiedad se hace
constar que "LA PARTE COMPRADORA" obtuvo el dinero para pagar
el precio de venta de esta propiedad mediante un préstamo (Ru-
ral Housing Loan) (RH-502) por la "Farmers Home Administration"
agencia ejecutiva adcrita al Departamento de agrícultura de los
Estados Unidos de América de conformidad con los términos pro-
vistos por la Sección 502 del Título V de la Ley Nacional de -
Vivienda de 1949, según enmendada, 43 U.S.C.A. 1471 et seq., y
el Reglamento Federal debidamente aprobado para instrumentar la
misma, el cual aparece debidamente codificado en el "Code of
Federal Regulations (7CFR 1951 Subpart I & 1955 Subpart A)", el
pagaré que evidencia este préstamo de vivienda esta siendo sub-
sidiado o podría ser subsidiado en el futuro a tenor con las
disposiciones legales antes mencionadas, estando dicho subsidio
sujeto a ser recuperado en todo o en parte en cualquier momento
en que el prestatario vendiere, transfiriere o sin el consenti-

miento del Gobierno Federal cese de ocupar la propiedad así ad-
quirida, o que el prestatario solicite la liberación del gravá-
men constituída sobre esta propiedad mediante la ejecución de -
la hipoteca que lo garantiza, o mediante dación en pago; acla-
rándose además que si el prestatario hiciere un traspaso, o de
cualquier forma cediere el título de la misma o de cualquier -
interes en ella, o la vendiere, o la arrendare por un periodo
mayor de tres (3) años, o la arrendare por un periodo menor de
tres (3) años con opción a compra, o la vendiere sin el con-
sentimiento por escrito del Gobierno Federal su acreedor hi-
potecario, este (el Gobierno) queda irrevocablemente autori-
zado de conformidad a la intención legislativa del congreso de
los Estados Unidos contenida en ésta legislación especial y ex-
presada en las disposiciones legales antes citadas, con pode-
res, a su opción y sin notificación, a declarar toda deuda no
pagada bajo los términos del pagaré antes mencionado o cual-
quier------------------------------------------------------------

891

otra deuda contraída con el Gobierno, inmediatamente vencida
y pagadera y proceder a su ejecución de acuerdo con la ley;
por todo lo cual se solicita al Honorable Registrador de la
Propiedad tome conocimiento de esta cláusula e inscriba la --
misma a los efectos de dar aviso a terceras personas que en el
futuro deseen o interesen adquirir esta propiedad para que --
ellos conozcan que para poder acogerse, recibir y disfrutar -
los beneficios y privilegios de ésta legislación que provee -
préstamos para adquirir viviendas, la persona o personas tiene
que cualificar y reunir los requisitos que exige ésta legis-
lación.--------------------------------------------------------

--VIGESIMO SEGUNDO: El compareciente Francisco Rosa-
rio Galarza, fue identificado mediante la Licencia de
Conducir número setecientos quince, quinientos cua-
renta y nueve (715549),-----------------------------

--la compareciente Lydia Rodríguez Báez, fue identi-
ficada mediante la Tarjeta Eléctoral número doscien-
tos noventa y cuatro, noventa y seis, cincuenta y --
cinco (2949655).-----------------------------------------

892

Forma FmHA 427-1(S) PR
(Rev. 10-82)

————————————————ACEPTACION————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.——————————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.——————————————————————————————————————————————————
I advised him (them).——————————————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————————

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed———————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————————

FE de todo el contenido de esta escritura.——————————————————————————————
FAITH to everything contained in this deed.————————————————————————————————

Francisco Rosario Galoza

Lydia Rodriguez Baz

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico.   In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and correct copy of an original document which I have had in my custody.

San Juan, Puerto Rico————————————

JUAN M. ORTIZ
State Exec. Dir.

19

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD DE PUERTO RICO

REGISTRO DE LA PROPIEDAD DE PUERTO RICO, SECCION PRIMERA DE CAGUAS A SOLICITUD DEL

YO, Lic. Richard F. Keeler Vazquez, REGISTRADOR DE LA PROPIEDAD DE PUERTO RICO, SECCION PRIMERA DE CAGUAS A SOLICITUD DEL **United Status of Agriculture, solicitando** se libre certificación fotocopiada de los asientos de la finca número 5,953

CERTIFICO: Que todos los asientos o sus partes pertinentes vigentes que surgen de la finca número 5,953 son fotocopias selladas e iniciadas de los folios 241 al 243vto. 264 al 269, 126 al 127vto. del Tomo 196 de Caguas,   cuya descripción surge de la inscripción 1ra.

CERTIFICO: Que dicha propiedad consta inscrita a favor de Francisco Rosario Galarza, seguro social 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, casado con Lydia Rodriguez Baez, seguro social 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, mayores de edad y vecinos de Caguas, quién adquiere por donación como un bién privativo, según consta de la inscripción 4ta. Y las mismas son fotocopiadas y tienen vigentes de las inscripciones y/o anotaciones preventivas: Cargas :  :Por sí a 5 hipotecas favor de  los Estados Unidos de América, por conducto de la Administración de Hogares de Agricultores, por las sumas principales de $2,000.00,  $3,000.00,  $20,000.00, modificada por la inscripción  8va,  otra por la suma de $20,000.00, modificada por la inscripción 11ma, otra por  $25,000.00 modificada por la inscripción 11ma,.  Notas Marginales de las incripciones:

CERTIFICO: Que no aparece anotado en el Registro de Embargos del Estado Libre Asociado de Puerto Rico , embargo alguno contra esta finca y contra ningún titular desde el 28 de agosto del 1978, ni contra dicho titular en los Registros de  Sentencias e Incapacitados, ni contra dicho titular en los Registros de Estados Unidos de América, embargo alguno  dentro del pasado término de  10 años.  Se ha  examinado además los libros Diarios de Operaciones y de ellos no consta ningún documento relacionado con esta finca.

Y para que conste de conformidad con lo solicitado expido la presente en Caguas a las 9:40 de  la  mañana del día 25  de  agosto de 2005.

Derechos Cancelados: Sin Dros.
Comprobantes: Uso Oficial
NUMERO 3 ARANCEL

LIC.  RICHARD F. KEELER V AZQUEZ
REGISTRADOR  DE  LA PROPIEDAD



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF JUSTICE
PROPERTY REGISTRY OF PUERTO RICO

I, Richard F. Keeler Vazquez, Atty., Property Recorder of Puerto Rico for the first section of Caguas, at the request of the United Status *[sic]* of Agriculture for certified photocopies of the entries for farm number 5,953, do hereby

CERTIFY: That all entries or pertinent current parts thereof for farm number 5,953 are stamped and initialed photocopies of pages 241 and 243, side two, 264 to 269, 126 to 127, side two of volume 196 of Caguas. The description is from the 1st entry.

CERTIFY: That said property is registered in the name of Francisco Rosario Galarza, Social Security number 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, married to Lydia Rodríguez Baez, Social Security number 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, both of legal age and residents of Caguas, who acquire [it] as an exclusive property through donation pursuant to the fourth entry. These are photocopied and have updated entries and/or preventative annotations. Charges: Pro se, [encumbered] by 5 mortgages to the order of the United States of America, acting through the Farmers Home Administration, for the principal amounts of $2,000.00, $3,000.00, $20,000.00 (modified pursuant to the eighth entry), another in the amount of $20,000.00 (modified pursuant to the eleventh entry) and another for $25,000.00 9modified pursuant to the eleventh entry). Margin notes for the entries:

CERTIFY: That no lien has been filed in the Registry of Liens for the Commonwealth of Puerto Rico against this farm or any owner thereof since August 28, 1978, nor has any lien been filed in the past 10 years against any owner in the Registry of Judgments and the Registry of Disqualified [cases], nor against said owner in the Registries of the United States of America. The Daily Operations Logs have also been reviewed and no document pertaining to this farm has been located therein.

And, in accordance with the request made, I issue this in Caguas, at 9:40 a.m. on this day of August 25, 2005.
[Signature]
RICHARD F. KEELER VAZQUEZ
PROPERTY RECORDER

Fees cancelled: No fees.
Receipts: For official use.
STAMP NUMBER 3
[Seal]

# CERTIFICATE

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 30th day of August of 2006.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
30th day of August of 2006.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

2

Formulario FmHA 1940-17(S)
(Rev. 10-89)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: OL | ☐ Regular<br>☒ Recursos Limitados |

De acuerdo a:

☒ Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment
   Act of 1978

| Nombre<br>ROSARIO GALARZA, FRANCISCO | |
|---|---|
| Estado<br>PUERTO RICO | Oficina<br>CAGUAS |
| Caso Núm.<br>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 | Fecha<br>16 de agosto 1996 |
| Código de Fondos<br>44 | Núm. de Prestamo<br>06 |

ACCION QUE REQUIERE PAGARE

☐ Préstamo Inicial            ☐ Restructuración
☒ Préstamo Subsiguiente       ☐ Reamortización
☐ Consolidación y Préstamo    ☐ Consolidación
   Subsiguiente               ☐ Reducción de Deuda
☐ Venta a Crédito
☐ Pagos Diferidos
☐ Servidumbre de Conservación

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidaria-
mente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de
Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en   Caguas, Puerto Rico

o en otro sitio designado por el Gobierno por escrito, la suma principal de   Veinticinco Mil————————

———————————— dólares($25,000.00—— ) más intereses sobre el principal adeudado al Cinco

—— PORCIENTO ( 5 %) anual y $———————————————————————— dólares ($ —— )
de intereses no Capitalizados. Si este pagaré es para un prestamo de Recursos Limitados (indicado en el encasi-
llado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los regla-
mentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por
correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no
deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares
de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en   8   plazos, según indicado abajo, excepto si es modificado por un
tipo de interés diferente en o antes de las siguientes fechas:

*F.R.G*
*L.R.B*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $2,000.00 | en | enero | 1 de 19 97 | $_____ | en | _____ | de 19___ |
| $4,321.00 | en | enero | 1 de 19 98 | $_____ | en | _____ | de 19___ |
| $_____ | en | | de 19___ | $_____ | en | _____ | de 19___ |
| $_____ | en | | de 19___ | $_____ | en | _____ | de 19___ |
| $_____ | en | | de 19___ | $_____ | en | _____ | de ___ |
| $_____ | en | | de 19___ | $_____ | en | _____ | de ___ |

y $ 4,321.00                    , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados
excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero
   siete años          de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee
más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al
Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será
dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán
intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de
Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y
fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90)
días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses
a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados
durante el periodo de diferimiento y segundo a intereses computadas a la fecha efectiva del pago y después al
principal.

Pagos adelantados de los plazos ...ipulados o cualquier parte de los mismos, ...án hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la restricción de la exención de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

FRANCISCO ROSARIO GALARZA (Prestatario)

LYDIA RODRIGUEZ BAEZ (Prestatario)

(SELLO)

(SELLO)

HC-04 Box 49823
(Dirección del Prestatario)

Caguas, PR

00725

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | TOTAL $ | |

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
                                                             (Rev. 10-89)

**ANEXO "A"**

El importe de este y la hipoteca que lo garantiza reamortizado al doce (12)de marzo de mil novecientos noventa y siete (1997) dió un saldo deudor montante a VEINTICINCO MIL SETECIENTOS DOCE DOLARES CON TREINTA Y TRES CENTAVOS ($25,712.33) la cual devengará intereses al CINCO PORCIENTO (5%) anual y la cual habrá de ser pagada en la siguiente forma:

TRES MIL NOVECIENTOS SETENTA Y TRES DOLARES ($3,973.00) en o antes del primero de enero del año dos mil tres (2,003) y subsi- guientemente en o antes del primero de enero de cada año hasta el pago total de la deuda el cual se hará en o antes de su vencimiento a quince (15) años desde la fecha de reamortización; según resulta de la escritura número cuarenta y tres (43) del día doce (12) de marzo de mil novecientos noventa y siete (1997) otorgada en Caguas, Puerto Rico ante el notario Moisés Muñiz Hernañdez.

DOY FE

En Caguas, Puerto Rico a doce (12) de marzo de mil novecientos noventa y siete (1997).

MOISES MUÑIZ HERNANDEZ

CERTIFICATION

I, Juan M. Ortíz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico.  In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIA
State Executive Director

OL 44-06

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 11-1-89)

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

</div>

| Name:<br>Francisco Rosario Galarza | | KIND OF LOAN<br>Type:  OL (subs. Loan) |
|---|---|---|
| State:<br>PUERTO RICO<br>Case no.:<br>    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 | Office:<br>Caguas<br>Date:<br>August 16, 1996 | Pursuant to:<br><br>☒ Consolidated Farm & Rural<br>   Development Act<br>☐ Emergency Agricultural  Credit<br>   Adjustment Act of 1978 |
| ACTION REQUIRING NOTE<br>☐ Initial loan<br>☒ Subsequent loan<br>☐ Consolidated & subsequent loan<br>☐ Consolidation<br>☐ Conservation easement | ☐ Rescheduling<br>☐ Reamortization<br>☐ Credit sale<br>☐ Deferred payments<br>☐ Debts write down | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in, <u>Caguas, Puerto Rico</u> or at such other place as the Government may later designate in writing, the principal sum of <u>Twenty Five Thousand</u> DOLLARS ($25,000.00), plus interest on the unpaid principal balance at the RATE  of <u>Five</u> PERCENT (<u>5</u>%) percent annum. And _Of Non-Capitalized interest.  If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in accordance with regulations of the Farmers

Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 8 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| | | | | | |
|---|---|---|---|---|---|
| $ | 2,000.00 | on | January 1, 1997 | $ | on |
| | | | | | on |
| | 4,321.00 | on | January 1, 1998 | | |
| | | | | | on |
| | | on | | | |
| | | | | | on |
| | | on | | | |

And $4,321.00 thereafter on each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid shall, be due and payable Seven years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

     If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.  Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.  Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note.  Borrower authorizes the Government to enter the amount(s) and date(s)of such advance(s) in the Record of Advances.

For each rescheduled, re-amortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 C.F.R. &1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.  While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any

prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Re-amortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or re-amortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|---|
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or re-amortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION)  AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT: Borrower recognizes that the loan described herein will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or the conversion of wetlands to produce an agricultural commodity as

further explained in 7 CFR Part 1940, Subpart G, Exhibit M.  If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995 and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements.  Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement hereunder shall constitute default this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default under this note. UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured

by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are hereby waived.

(SEAL)

(Sgd.) Francisco Rosario Galarza
 (BORROWER)

Lydia Rodríguez Baéz
 (Co- BORROWER)

HC-04 Box 49805

Caguas ,P.R. 00725

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL  $ | | | | | |

ENCLOSURE "A"


The amount of this promissory note and the mortgage guaranteeing it re-amortized as of March 12, 1997 came up with an outstanding balance of $25,712.33, which shall earn interest at 5% per year and which shall be paid in the following manner:

$3,973.00 on or before of January 1, 2003 and subsequently thereafter on January 1 of each year up to the total payment of the debt which shall be made on or before its due date fifteen (15) years after the re-amortization date; as it results of deed # 43 dated March 12, 1997, subscribed in Caguas, Puerto Rico before Notary Public Moisés Muñíz Hernández.

I SO ATTEST.

In Caguas, Puerto Rico, March 12, 1997.

(OFFICIAL NOTARY PUBLIC SEAL)

(sgd.) Illegible

NOTARY PUBLIC



Forma FmHA 427-1(S) PR
(Rev. 10-82)

----------------------------NUMERO---- OCHENTA Y OCHO----------------
                            **NUMBER**

------------------------HIPOTECA VOLUNTARIA---------------------------
                        **VOLUNTARY MORTGAGE**

En  la ciudad de Caguas, Puerto Rico a los dieciseis (16) días del
**In**

mes de agosto de mil novecientos noventa y seis (1996).-------------

----------------------------ANTE MI---------------------------------
                            **BEFORE ME**

------------------------MOISES MUÑIZ HERNANDEZ-----------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
**Attorney and Notary Public for the Island of Puerto Rico, with residence in**

Caguas------------- **y oficina en** Caguas------------------- **Puerto Rico.**
                    **and office in**

----------------------------COMPARECEN------------------------------
                            **APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
**The persons named in paragraph TWELFTH of this mortgage--------------**

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
**hereinafter called the "mortgagor" and whose personal circumstances---------**

aparecen de dicho párrafo.------------------------------------------
**appear from said paragraph.-------**

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
**I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----**

de su edad, estado civil, profesión y vecindad.-------------------
**statements which I believe to be true of their age, civil status, profession and residence.-------**

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
**They assure me that they are in full enjoyment of their civil rights, and the free administration**

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
**of their property, and they have, in my judgment, the necessary legal capacity to grant this----**

miento.-------------------------------------------------------------
**voluntary mortgage.--------**

----------------------------EXPONEN--------------------------------
                            **WITNESSETH:**

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
**FIRST: That the mortgagor is the owner of the farm or farms described in----- ----------**

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
**paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----**

denominada de aquí en adelante "los bienes".----------------------
**hereinafter referred to as "the property".-----------**

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
**SECOND: That the property mortgaged herein is subject to the liens ----------**

se especifican en el párrafo UNDECIMO.------------------------------
**specified in paragraph ELEVENTH herein.-----**

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
**THIRD: That the mortgagor has become obligated to the United States-----------**

América, actuando por conducto de la Administración de Hogares de Agriculto-
**of America, acting through the Farmers Home Administration.-----------**

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
**hereinafter called the "mortgagee" in connection with-----------**



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.——————————————————————
estimated against the property.——————————————————————

CUARTO: Se sobreentiende que:——————————————————————————
FOURTH: It is understood that:——————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——————

prestamista asegurado.——————————————————————————————
will be the insured lender.——————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————————————————
and interest.——————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————————————
ments on the note, to be designated the "annual charge".——————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————

F. R. O.

L. R. B.



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otro... ...ación con dicho préstamo así c... ...o también a... ...beneficios
others in connection with said loan, as well as any benefit...

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.————————————————————————
by the mortgagor.———— ———— ————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or —————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and——————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgage all extensions and renewals of any of ——————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.——————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:———————————
SIXTH: That the mortgagor specifically agrees as follows:———————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness———————————————————————

F.R.G.
L.R.B.



Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantiza... indemnizar y conservar libre de perdida al acree    hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its payment of insurance of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————————

hipotecario como agente cobrador del tenedor del mismo.——————————————————
as collection agent for the holder.——————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any deliquency charges, now or hereafter required by——————————

reglamentos de la Administración de Hogares de Agricultores.——————————————
regulations of the Farmer's Home Administration.————————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——————————————————

...l acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
... mortgagee on the note and thereupon shall constitute an advance——————————

...por... acreedor hipotecario por cuenta del deudor hipotecario.——————————————
...the mortgagee for the account of the mortgagor.——————————

...Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del
subparagraph shall bear interest at the rate of

——————CINCO ———   por ciento (   ———5   o/o)——
                           per cent   (            ª/o)——

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————————
to the mortgagee.——————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————————

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate———————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgage.——————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,—————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor———————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the———————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance———————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant———————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the———————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any———————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee———————————

hipotecario determinare.———————————
determines.———————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely———————————

los propósitos autorizados por el acreedor hipotecario.———————————
for purposes authorized by mortgagee.———————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens———————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee———————————

tecario bajo los términos de esta hipoteca.———————————
under the terms of this mortgage.———————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee and on all existing buildings and improvements on the pro-——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions———————

aprobare el acreedor hipotecario.———————————
approved by mortgagee.———————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all ————————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor———————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

F.R.G.
L.R.B.



- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property, nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————————

tiempo pueda prescribir.————————————————————————————————
time may prescribe.——————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————————————

ción o al arrendamiento.——————————————————————————
or  lease.—————

(Once) Someterá en la forma y manera el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————

que afecten los bienes o su uso.——————————————————————————————
affecting the property or its use.——————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times—

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not——————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened—————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.——————————————————
mortgagor of the covenants of this mortgage.——————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession———————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————————————

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

F. R. G.
L. R. B.

Notario
... MUÑIZ HERNÁNDEZ

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos ...eren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,---

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise.-------

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is------------------------

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to---

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness--------------

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and-------------

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)--

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the--------

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as-----------

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,----------

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property----

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.------------------------------
request the protection of the law.-------------------------------

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee------------------

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
all necessary expenses for the fulfillment of the covenants and agreements---------

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including-----

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and-----------

rarios de abogado.------------------------------------------
attorney's fees.--------------------------------------------

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and---

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability--------------------

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness------------------

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at------------------

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation--------------

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)------------

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any----------------------

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the----

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by----------------------------

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgage------------

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any----------

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or----------

postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre
postponement of this mortgage to any other lien over--------------------------

dichos bienes.--------------------------------------------------------------
said property.--------------------------------------------------------------

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,----------------

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,----------

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in----------

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest----------

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.------------
in or to the lien or any benefits herein contained.--------------------------

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any------------------

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held----------------------------

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,------------------

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall--------------------

constituirá incumplimiento de esta hipoteca.----------------------------------
constitute default hereunder.------------------------------------------------

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall------------------

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,--------------------

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,----

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,----------------------

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the----------

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated----------

especifica más adelante.------------------------------------------------------
hereinafter.----------------------------------------------------------------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee----------------

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment———

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this————————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————————
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————————————————

de
of   VEINTICINCO MIL DOLARES ($25,000.00).————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations————————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————————

y aseguramiento del préstamo antes mencionado.————————————————————————
insuring of the loan hereinbefore mentioned.————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of—— ————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré   ————————————————————
should assign this mortgage without insurance of the note,

————————VEINTICINCO MIL———— DOLARES ($25,000.00——)
DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

————————————————————CINCO —por ciento (     ————5 º/o) anual;
per cent (          º/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)
(A)

————————————VEINTICINCO MIL ——— DOLARES ($ 25,000.00)——
DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender—— ————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos segun
by reason of mortgagor's failure to pay the installments as—————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,——————————

Tercero;———————————————————————————————————————
Three;———————————————————————————————————————

(B)
(B)

TRIENTA Y SIETE MIL QUINIENTOS ————   DOLARES ($ 37,500.00)———
DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might ——————————

sufrir bajo su seguro de pago del pagaré.———————————————————————
sustain under its insurance of payment of the note;———————————————

Tres. En cualquier caso y en todo tiempo;——————————————————————
Three. In any event and at all times whatsoever:————————————————

(A)
(A)  DIEZ MIL DOLARES————————————————————————————

($
($ 10,000.00————          ) para intereses después de mora;———————————
                          ) for default interest;———————————————————

(B)
(B)  CINCO MIL DOLARES————————————————————————————

(                         ) para contribuciones, seguro y otros adelantos para la con-
( $5,000.00—————         ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph——————

SEXTO, Tercero;——————————————————————————————————
SIXTH, Three;———————————————————————————————————

(C)
(C)  DOS MIL QUINIENTOS DOLARES——————————————————————

($
($ 2,500.00——————        ) para costas, gastos y honorarios de abogado en caso
                          ) for costs, expenses and attorney's fees in case——— ————

de  ejecución;——————————————————————————————————
of  foreclosure;————————————————————————————————

(D)
(D)  DOS MIL QUINIENTOS DOLARES——————————————————————

($
($ 2,500.00——————        ) para costas y gastos que incurriere el acreedor hipoteca-
                          ) for costs and expenditures incurred by the mortgagee in ———

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with———————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as————————————

se consigna en el párrafo SEXTO, Trece.———————————————————————
provided in paragraph (SIXTH, Thirteen.—————————————————————————

F.R.G.
L.R.B.

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number    sesenta y tres, cero cinco, quientos

ochenta y tres, veintidos, quince, trece (63-05-583221513)————————

————————————————————————————   fechado el día         dieciseis
                                                          dated the

(16)—————    de     agosto———————    de mil novecientos————————
            day of                              nineteen hundred and

noventa y seis (1996)—————   por la suma de   VEINTICINCO MIL————————
                             in the amount of

————————————————($25,000.00)————   dólares de principal más
                                                    of principal plus

intereses sobre el balance del principal adeudado a razón del     ————————————
interest over the unpaid balance at the rate of

————————————————CINCO————————{   ————5%  } por ciento anual,
                                                       } percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los    SIETE (7)————————————————————————————————————
and payable

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note.————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————

Notario de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof, Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:————————

Abogado

- 13 -

--RUSTICA: Granja marcada con el número ciento sesenta y cuatro
(164) dek plano levantado por el Departamento de lo Interior ra-
dicado en el Barrio San Salvador del término municipal de Caguas,
Puerto Rico, compuesto de veintisiete cuerdas con ochenta y cuatro
centésimas de otra, equivalentes a diez hectáreas, noventa y cuatro
áreas y ocho centiáreas. Colinda por el Norte, con José del Carmen
Reyes; por el Sur, con la parcela número ciento sesenta y tres;----
por el Este, con cuchilla divisoria Barrio Espino San Lorenzo, --
Caguas; y pro el Oeste, con Francisco Figueroa.--------------------

--Consta inscrita al folio doscientos sesenta y cinco (265) del

tomo mil trescientos cuarenta y uno (1341) de Caguas, finca cinco

mil novecientos cincuenta y tres (5953).-------------------------

Adquirió el prestatario la descrita finca por
Borrower acquired the described property by        Donación--------------

según consta de la Escritura Número
pursuant to Deed Number              ---------SEGUN CONSTA----------

de fecha
dated            ------------------EN EL REGISTRO-----------------

otorgada en la ciudad de
executed in the city of       ----------DE LA PROPIEDAD,------------------

ante el Notario     _____,
before Notary

Dicha propiedad se encuentra
Said property is             afecta a las cargas que se mencionan en

el párrafo VIGESIMO PRIMERO.-----------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ----------

carios FRANCISCO ROSARIO GALARZA, Seguro Social           LYDIA
are
RODRIGUEZ BAEZ, Seguro Social          . mayores de edad, casa-

dos entre sí, propietarios y veicnos de Caguas, Puerto Rico.------

cuya dirección postal es:
whose postal address is:      HC-04 Box 49823, Caguas, Puerto Rico

00725.----------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------



Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tarno hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have on the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) de veintisiete (27) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1651).
L.P.R.A. 1851.

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ————————

de la propiedad gravada por esta Hipoteca. ———— ——————— ————————————
of the property encumbered by this Mortgage.——— ———————   —— ————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move———————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty —— ——————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——— —— ——————————

notificará por escrito al Supervisor Local.——————————————————————————
notify it in writing to the County Supervisor.——— ——————————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed—————————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——— ———————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and———————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——— ————————

estos tipos de préstamos.————————————————— ——— ————————————
these types of loans.——————————————————————

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of———— ————————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the — —————————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————————————————

—VIGESIMO PRIMERO: La propiedad antes descrita se halla afecta

a las siguientes cargas:————————————————————————

—A. Hipoteca a favor de Estados Unidos de  América por la suma

de DOS MIL DOLARES ($2,000.00).—————————————————

—B. Hipoteca a favor de Estados Unidos de América por la suma de

TRES MIL DOLARES ($3,000.000.—————————————————

—C. Hipoteca a favor de Estados Unidos de América por VEINTE —

MIL DOLARES ($20,000.00) la cual fue reamortizada según escritura

número cincuenta y cinco (55) otorgada el veintisiete (27) de  ——

mayo de mil novecientos noventa y cuatro (1994) a la cantidad de

VEINTE MIL CIENTO CUARENTA Y UN DOLARES CON SESENTA Y UN CENTA-

VOS ($20141.61); en Caguas, Puerto Rico ante este fedatario.———

*F. R. G.*
*L. R. B.*



--D. Hipoteca a favor de Estados Unidos de América o a su orden
por la suma de VEINTE MIL DOLARES ($20,000.00).-----------------
--------------------------ACEPTACION---------------------------
--Los comparecientes aceptan esta escritura en todas sus par-
por hallarla de acuerdo con sus instrucciones y YO, el Nota--
rio les hice las reservas y advertencias de ley pertinentes.--
-----------------------OTORGAMIENTO----------------------------
--Así lo dicen y otorgan ante mí los comparecientes luego de-
haber renunciado al derecho que les advertí tenían para  ----
requerir la presencia de testigos instrumentales.-------------
--------------------------LECTURA------------------------------
--Leída por mí y por los otorgantes en la misma se ratifican-
y firman fijando además sus iniciales en todos los folios de-
esta escritura.-----------------------------------------------
--De todo lo cual así como del conocimiento personal de los -
comparecientes; don Francisco Rosario Galarza, quien fue iden-
tificado mediante la Licencia de Conducir número setecientos
quince, quinientos cuarenta y nueve (715549);-----------------
Lydia Rodríguez Báez, quien fue identificada mediante la --
arjeta Electoral número veintinueve, cuarenta y nueve, se-
senta y cinco, cinco (2949655).-------------------------------
--Dichas identificaciones son expedidas por el Gobierno de --
Puerto Rico y en las mismas constan la firma y fotografías de
estos, las cuales presentaron voluntariamente.----------------
--Y por sus dichos en cuanto a su edad, estado civil, profe--
sión y vecindad y de todo lo demás que aseguro o refiero en -
este instrumento público Yo, el Notario, DOY FE.-------------

*Francisco Rosario Galarza*

*Lydia Rodríguez Báez*



FIRMADO:   FRANCISCO ROSARIO GALARZA
           LYDIA RODRIGUEZ BAEZ

Firmado, Signado, Rubricado y Sellado
MOISES MUÑIZ HERNANDEZ, NOTARIO PUBLICO.
Hay cancelados los correspondientes sellos
de Rentas Internas e Impuesto Notarial y
debidamente estampadas las iniciales de
los otorgantes al margen de todos y cada uno
de los folios del original.

CERTIFICO que la que precede es PRIMERA
copia fiel y exacta de su original que bajo
el número __88__ obra en mi protocolo
corriente, la cual consta de __9__ folios.
Para entregar a Francisco Rosario Galarza
expido la presente en el mismo sitio y fecha
de su otorgamiento. DOY FE.

                                NOTARIO PUBLICO

REGISTRADO AL
Folio 269 y Presal 124
Tomo 1341 Pag 1464 de Caguas
Finca# 5953 Inscripción 10ma
Caguas, P.R. a 24 de Agosto de 96
afecta 9 hipotecas a favor de la Administración de
Hogares de Agricultores que resultan de las inscrip
ciones 5ta, 6ta, 7ma y 8va por las sumas de
$2,000.00, $3,000.00, $20,000.00 y $20,000.00 y a la
que por este documento se constituyen
en Caguas, a 24 de agosto de 1996.
Sin otro:                    ML
                             Reg.

CERTIFICATION

CERTIFIED TRANSLATION

TRANSLATOR'S NOTE:

The following is the Spanish language portion of the Form  FmHA 427-1(S) PR (Rev. 10-82).

DEED 88

> RUSTIC:   Farm marked with number one hundred and sixty-four (164) of the blueprint made by the Department of the interior  recorded at San Salvador Ward of the municipal term of Caguas, Puerto Rico, comprised by TWENTY-SEVEN CUERDAS WITH EIGHTY-FOUR   HUNDREDTH   OF   ANOTHER (27.84cds.) equivalent to ten hectares, ninety-four areas and eight centiares.  Bordering on the North with José del Carmen Reyes; on the South with lot number one hundred and sixty-three; on the East with dividing knife Espino Ward of San Lorenzo, Caguas, and on the West with Francisco Figueroa.
>
> it is recorded at folio two hundred and sixty-five (265) of book one thousand three hundred and forty-one (1,341) of Caguas, property five thousand  nine hundred and fifty-three (5,953).

(Page 14)

Borrower acquired the described property by Donation

Pursuant to Deed Number      AS IT APPEARS ON THE REAL ESTATE REGISTRY(Page 14)

Dated   (Page 14)

Said Property is encumbered by the liens mentioned in paragraph TWENTY-FIRST.

The Parties appearing in the present deed as Mortgagors DON FRANCISCO ROSARIO  GALARZA,  Social  Security  ,      _ .. . .  and  DOÑA  LYDIA RODRÍGUEZ BAÉZ, Social Security 5      of legal age, married to each other, owners and residents of Caguas, Puerto Rico 00725.

Whose mailing address is: HC-04 Box 49823, Caguas, Puerto Rico  00725

TWENTY-FIRST: The property described above is encumbered by the following liens:

A.   Mortgage on behalf of the United States of America in the amount of $2,000.00

B.   Mortgage on behalf of the United States of America in the amount of $3,000.00

C.   Mortgage on behalf of the United States of America for $20,000.00 which was re-amortized as per deed # 55 subscribed on May 27, 1994 on the amount of $20,141.61 in Caguas, Puerto Rico before the undersigned Notary Public

D.   Mortgage on behalf of the United States of America or upon its demand in the amount of $20,000.00

## ACCEPTANCE

The appearing parties accept this deed in all its parts finding it in agreement with their instructions and I, the Notary Public, made to them the proper legal admonishments.

## GRANTING

They so say and subscribe before me after having waived the right I told them they had to require the presence of instrumental witnesses.

READING

Having read this deed, grantors ratify and sign the same affixing also their initials on each and every page of this deed.

Of all of which and as to the personal knowledge of the appearing parties don Francisco Rosario Galarza, who was identified by his Driver's License 715549 and Lydia Rodríguez Báez who was identified by her Electoral Card # 2949655. Said identifications issued by the Government of Puerto Rico, which they presented voluntarily.

And as per their statements as to their ages, civil status, profession and residence and as to everything else that I assure or refer to in this public document I, the Notary Public, SO ATTEST.

SIGNED: FRANCISCO ROSARIO GALARZA
LYDIA RODRÍGUEZ BAÉZ

(OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, CAGUAS SECTION)

(OFFICIAL NOTARY PUBLIC SEAL)

(Cancelled Notary Tax Stamp)

RUBBER STAMP

Signed, sealed, flourished and rubricated by Moises Muñíz Hernández – Notary Public. There appear cancelled the corresponding Internal Revenue Stamps and the initials of the grantors on the margin of each and every page of the original.

I CERTIFY that the preceding is the first true and exact copy of its original which under number 40 appears in my protocol, which has 9 pages (in its original Spanish version). To deliver to Francisco Rosario Galarza, I issue this document on the same date of its granting. I SO ATTEST.

(sgd.) Illegible
Notary Public

(NOTARY PUBLIC SEAL)

(HANDWRITTEN)

REGISTERED ON:
Page 269 and  Passed on to 126
Volume 1341 passed on to 1448 of Caguas
Lot # 5953    10th Registration
Caguas, P.R., today August 29, 1996

Encumbered by mortgages on behalf of the Farmers' Home Administration resulting from registrations 5th, 6th and 7th and by the amounts of $2,000.00, $3,000.00, $20,000.00 and $20,000.00 and to the one constituted herein.

In Caguas, today August 29, 1996.

No fees                           (sgd.) Illegible
                                  Registrar

(OFFICIAL SEAL OF THE REAL ESTATE REGISTRAR, CAGUAS SECTION)



# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: FRANCISCO ROSARIO GALARZA**        **REF: 1521.249**
                                             **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 5,953, recorded at page 241 of volume 196 of Caguas, Registry of the Property of Caguas, Puerto Rico, section I of Caguas.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Granja marcada con el número ciento sesenta y cuatro del plano levantado por el Departamento del Interior radicada en el barrio San Salvador del término municipal de Caguas, compuesta de **veintisiete cuerdas con ochenta y cuatro centésimas de otra equivalentes a diez hectáreas noventa y cuatro áreas y ocho centiáreas**; colindando al **NORTE**, con José del Carmen Reyes; por el **SUR**, con la parcela número ciento sesenta y tres; al **ESTE**, con cuchilla divisoria barrio Espino San Lorenzo y Caguas; y al **OESTE**, con Francisco Figueroa.

**ORIGIN:** File domain

**TITLE:**

This property is registered in favor of FRANCISCO ROSARIO GALARZA (exclusively of him) married to Lydia Rodríguez Báez, by donation from Antolino Rosario and his wife Lila Galarza, with value of $10,000.00, pursuant to deed #35, executed in Río Piedras, Puerto Rico, on September 20, 1988, before Francisco Solís Scharon Notary Public, recorded at page 243 of volume 196 of Caguas, property number 5,953, 4th inscription.
**Presented on April 23, 1990**
**Recorded on July 11, 1990**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $2,000.00, with 4.50% annual interests, due on 10 years, constituted by deed #40, executed in Caguas, Puerto Rico, on April 19, 1990, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 243 of volume 196 of Caguas, property number 5,953, 5th inscription.
     **Presented on April 23, 1990**
     **Recorded on July 11, 1990**

2.   Reamortized and modified the previous mortgage as follows: The amount due at March 12, 1997, amounts to $1,102.90, due on 15 years, constituted by deed #43, executed in Caguas, Puerto Rico, on March 12, 1997, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 126 of volume 1468 of Caguas, property number 5,953, 11th and last inscription.
     **Presented on March 14, 1997**
     **Recorded on September 11, 1997**

3.   **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $3,000.00, with 4.50% annual interests, due on 2 years, constituted by deed #41, executed in Caguas, Puerto Rico, on April 19, 1990, before Moisés Muñiz Hernández Notary Public, recorded at page 264 of volume 1341 of Caguas, property number 5,953, 6th inscription.
     **Presented on April 23, 1990**
     **Recorded on July 11, 1990**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #5,953

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

4.  **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $20,000.00, with 5% annual interests, due on 7 years, constituted by deed #12, executed in Caguas, Puerto Rico, on February 27, 1992, before Moisés Muñiz Hernández Notary Public, recorded at page 265 of volume 1341 of Caguas, property number 5,953, 7th inscription.
    **Presented on March 3, 1992**
    **Recorded on March 6, 1992**

5.  Reamortized and modified the mortgage of $20,000.00 as follows: The amount due at May 27, 1994, amounts to $20,141.61, due on 14 years, constituted by deed #55, executed in Caguas, Puerto Rico, on May 27, 1994, before Moisés Muñiz Hernández Notary Public, recorded at page 266 of volume 1341 of Caguas, property number 5,953, 8th inscription.
    **Presented on June 1, 1994**
    **Recorded on March 6, 1995**

6.  Reamortized and modified again the mortgage of $20,000.00 as follows: The amount due at March 12, 1997, amounts to $18,654.99, due on 15 years, constituted by deed #43, executed in Caguas, Puerto Rico, on March 12, 1997, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 126 of volume 1468 of Caguas, property number 5,953, 11th and last inscription.
    **Presented on March 14, 1997**
    **Recorded on September 11, 1997**

7.  **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $20,000.00, with 3.75% annual interests, due on 10 years, constituted by deed #180, executed in Caguas, Puerto Rico, on November 28, 1994, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 267 of volume 1341 of Caguas, property number 5,953, 9th inscription.
    **Presented on December 5, 1994**
    **Recorded on March 27, 1995**

8.  Reamortized and modified the previous mortgage of $20,000.00 as follows: The amount due at March 12, 1997, amounts to $18,963.97, with 3.75% annual interests, due on 15 years, constituted by deed #43, executed in Caguas, Puerto Rico, on March 12, 1997, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 126 of volume 1468 of Caguas, property number 5,953, 11th and last inscription.
    **Presented on March 14, 1997**
    **Recorded on September 11, 1997**

9.  **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $25,000.00, with 5% annual interests, due on 7 years, constituted by deed #88, executed in Caguas, Puerto Rico, on August 16, 1996, before Moisés Muñiz Hernández Notary Public, recorded at page 269 of volume 1341 of Caguas, property number 5,953, 10th inscription.
    **Presented on August 22, 1996**
    **Recorded on August 29, 1996**

10. Reamortized and modified the previous mortgage of $25,000.00 as follows: The amount due at March 12, 1997, amounts to $25,712.33 due on 15 years, constituted by deed #43, executed in Caguas, Puerto Rico, on March 12, 1997, before Moisés Muñiz Hernández Notary Public, recorded at overleaf of page 126 of volume 1468 of Caguas, property number 5,953, 11th and last inscription.
    **Presented on March 14, 1997**
    **Recorded on September 11, 1997**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS.(787) 748.1130 / 748-8577 - FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #3
PROPERTY #5,953

11.  At entry 1099 of daily book 1139, was presented on March 28, 2005, Deed #6, executed in Caguas, Puerto Rico, on July 4, 2007, before José Luis Vélez Berrios Notary Public, appear Francisco Rosario Galarza married to Lydia Rodríguez Báez and rectify the space of property as follows:

**RUSTICA:** Granja marcada con el número Ciento Sesenta y Cuatro del Plano levantado por el Departamento de lo Interior radicada en el Barrio San Salvador del término municipal de Caguas, Puerto Rico, compuesta de **veintisiete cuerdas con veintinueve mil trescientos cuarenta y nueve diezmilésimas de otra**, colindando al **NORTE**, con José Del Carmen Reyes; al **SUR**, con la Parcela número ciento sesenta y tres, Sr. Benjamin Betancourt Jiménez (antes) hoy Sra. Margarita Rosario; al **ESTE**, con cuchilla Divisoria Barrio Espino San Lorenzo-Caguas; y al **OESTE**, con Francisco Figueroa.

By the same document segregates the lot #3 and donates in favor of Lydia Esther Rosario Rodríguez, single, with value of $8,000.00, the lot is described as follows:

**RUSTICA:** Solar marcado con el número tres (3) en el Plano de Inscripción radicado en el Barrio San Salvador de término municipal de Caguas, Puerto Rico, con una cabida superficial de **dos mil seiscientos cincuenta y cinco punto cero setenta y ocho metros cuadrados (2,655.078 m/c)**, colindando por el **NORTE**, con el solar número uno; por el **SUR**, con Casimiro Nieves; por el **ESTE**, con camino de uso público; y por el **OESTE**, con Francisco Figueroa antes hoy Secundino Arroyo.

Accompanied: Plan and approval of ARPE, Treasury Relay. The document qualification and dispatch are pending.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to December 12th, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

mcr/nh/**F**

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on December 12th, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this __8__ day of October of ~~2019~~ 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,322

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 8 day of October of ~~2019~~ 2020.

NOTARY PUBLIC

Exhibit 11

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:       Rosario Galarza, Francisco            Case No:     63-005-1513

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of      September 10, 2020*

| Loan Number | 43-07 | |
|---|---|---|
| Note Amount | $ | 2,000.00 |
| Original Note Date | 4/19/1990 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 1,102.90 |
| Unpaid Interest | $ | 972.08 |
| Misc. Charges | $ | - |
| Total Balance | $ | 2,074.98 |
| Daily Interest Accrual | $ | 0.1133 |
| Amount Delinquent | $ | 2,074.98 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      Rosario Galarza, Francisco            Case No:    63-005-1513

*CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of      September 10, 2020*

| Loan Number | 44-08 |
|---|---|
| Note Amount | $            20,000.00 |
| Original Note Date | 2/27/1992 |
| Date of Last Payment | 1/3/2002 |
| Principal Balance | $            18,654.99 |
| Unpaid Interest | $            21,688.34 |
| Misc. Charges | $                    - |
| Total Balance | $            40,343.33 |
| Daily Interest Accrual | $                 2.5555 |
| Amount Delinquent | $            40,343.33 |
| Years Delinquent | Fully matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      Rosario Galarza, Francisco          Case No:     63-005-1513

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*      *September 10, 2020*

| Loan Number | 43-09 | |
|---|---|---|
| Note Amount | $ | 20,000.00 |
| Original Note Date | 11/28/1994 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 18,963.97 |
| Unpaid Interest | $ | 16,711.28 |
| Misc. Charges | $ | - |
| Total Balance | $ | 35,675.25 |
| Daily Interest Accrual | $ | 1.9484 |
| Amount Delinquent | $ | 35,675.25 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Rosario Galarza, Francisco          Case No:    63-005-1513

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of        September 10, 2020*

| Loan Number | 44-10 | |
|---|---|---|
| Note Amount | $ | 25,000.00 |
| Original Note Date | 8/16/1996 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 25,712.33 |
| Unpaid Interest | $ | 30,211.15 |
| Misc. Charges | $ | - |
| Total Balance | $ | 55,923.48 |
| Daily Interest Accrual | $ | 3.5222 |
| Amount Delinquent | $ | 55,923.48 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

Department of Defense Manpower Data Center

Results as of : Apr-17-2020 08:45:39 AM

SCRA 5.4



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Exhibit 12

SSN:              XXX-XX-1513
Birth Date:
Last Name:        ROSARIO
First Name:       FRANCISCO
Middle Name:
Status As Of:     Apr-17-2020
Certificate ID:   V7BJLFJG5SLTHP3

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Apr-17-2020 08:47:14 AM

SCRA 5.4



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-4239
Birth Date:
Last Name:        RODRIGUEZ
First Name:       LYDIA
Middle Name:
Status As Of:     Apr-17-2020
Certificate ID:   8XF69BLDPHLK4KB

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. |
| v. | ) | FORECLOSURE OF MORTGAGE |
| FRANCISCO ROSARIO-GALARZA, et als. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Conjugal Partnership Rosario-Rodríguez
St. Rd. 765, Km. 8.6
San Salvador Wd.
Caguas, P.R. 00725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_MARIA ANTONGIORGI-JORDAN, ESQ._
_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>FRANCISCO ROSARIO-GALARZA, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRANCISCO ROSARIO-GALARZA
St. Rd. 765, Km. 8.6
San Salvador Wd.
Caguas, P.R. 00725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. FRANCISCO ROSARIO-GALARZA, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LYDIA RODRIGUEZ-BAEZ
St. Rd. 765, Km. 8.6
San Salvador Wd.
Caguas, P.R. 00725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

---

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

---

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   UNITED STATES OF AMERICA, acting through the USDA

   Defendant:   FRANCISCO ROSARIO-GALARZA; ET ALS.

2.   Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:   November 7, 2020

rev. Dec. 2009

Print Form     Reset Form

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | FRANCISCO ROSARIO-GALARZA, et als. |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Caguas, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
     Plaintiff

☐ 2  U.S. Government
     Defendant

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**        **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane      ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product        Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability      ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &        Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander        Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'        Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability      ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine        Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product        Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability    **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability    ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal        Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury      ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury -        Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☒ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/        Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other      ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
     Proceeding

☐ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     Another District
     *(specify)*

☐ 6  Multidistrict
     Litigation -
     Transfer

☐ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
134,017.04

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____